**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ROYAL SLEEP PRODUCTS, INC., a Florida corporation
vs.
RESTONIC CORPORATION, an Illinois corporation, et. al.

Case Number: 07 C 6588

JUDGE PALLMEYER
MAGISTRATE JUDGE VALDEZ

FILED
NOVEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff ROYAL SLEEP PRODUCTS, INC., a Florida corporation

| | |
|---|---|
| NAME (Type or print) | |
| Brian Ira Tanenbaum | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brian Ira Tanenbaum | |
| FIRM | |
| The Law Offices of Brian Ira Tanenbaum, Ltd. | |
| STREET ADDRESS | |
| 2970 Maria Avenue, Suite 207 | |
| CITY/STATE/ZIP | |
| Northbrook, Illinois 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6181447 | 847-562-1636 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |