**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

KC

FILED
NOVEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: **07 C 6588**
ROYAL SLEEP PRODUCTS, INC., a Florida corporation
vs.
RESTONIC CORPORATION, an Illinois corporation, et. al.

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff ROYAL SLEEP PRODUCTS, INC., a Florida corporation

| | |
|---|---|
| NAME (Type or print)<br>John A. Benson, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John A. Benson, Jr. | |
| FIRM<br>The Law Offices of Brian Ira Tanenbaum, Ltd. | |
| STREET ADDRESS<br>2970 Maria Avenue, Suite 207 | |
| CITY/STATE/ZIP<br>Northbrook, Illinois 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289042 | TELEPHONE NUMBER<br>847-562-1636 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐