**FILED**
**NOVEMBER 21, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6588**

ROYAL SLEEP PRODUCTS, INC.,
a Florida Corporation,

    Plaintiff,

vs.

Case No.:

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE VALDEZ**

RESTONIC CORPORATION,
an Illinois Corporation,
RESTONIC MATTRESS CORPORATION,
an Illinois Corporation
SLEEP ALLIANCE, LLC,
a Delaware Limited Liability Company,
ROYAL BEDDING COMPANY OF BUFFALO,
a New York Corporation,
JACKSON MATTRESS CO. LLC,
a North Carolina Limited Liability Company
CONTINENTAL SILVERLINE PRODUCTS L.P.,
a Texas Limited Partnership,
STEVENS MATTRESS MANUFACTURING CO.,
a North Dakota Corporation
TOM COMER, JR., an individual,
DREW ROBINS, an individual, and
RICHARD STEVENS, an individual

    Defendants.
_____/

**Plaintiffs Notification of Affiliates - Disclosure Statement**

In accordance with local rule 3.2, the undersigned counsel of record for Plaintiff makes the following statement:  Upon information and belief, Plaintiff, Royal Sleep Products, Inc., has no publicly held affiliates.

                    Respectfully submitted,

                    s//:  Brian Ira Tanenbaum

                    Brian Ira Tanenbaum
                    The Law Offices of Brian Ira Tanenbaum, Ltd.
                    2970 Maria Avenue, Suite 207
                    Northbrook, IL 60062