## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6588 | **DATE** | 11/27/2007 |
| **CASE TITLE** | Royal Sleep Products, Inc. Vs. Restonic Corporation, et al | | |

**DOCKET ENTRY TEXT**

The court directs Plaintiff to submit, within 14 days, a jurisdictional statement establishing that all Defendants, including all members of the Defendant LLCs and LP, are diverse in citizenship from Plaintiff. See *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998) (citizenship of an LLC, like that of a limited partnership, is the citizenship of each of its members). Status hearing set for 1/28/2008 at 9:00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:07-cv-06588   Document 8   Filed 11/27/2007   Page 1 of 1