UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROYAL SLEEP PRODUCTS, INC.,
a Florida Corporation,

    Plaintiff,

vs.                                      Case No.: 07 C 6588

RESTONIC CORPORATION,
a Delaware Corporation,
RESTONIC MATTRESS CORPORATION,
an Illinois Corporation
SLEEP ALLIANCE, LLC,
a Delaware Limited Liability Company,
ROYAL BEDDING COMPANY OF BUFFALO,
a New York Corporation,
JACKSON MATTRESS CO. LLC,
a North Carolina Limited Liability Company
CONTINENTAL SILVERLINE PRODUCTS L.P.,
a Texas Limited Partnership,
STEVENS MATTRESS MANUFACTURING CO.,
a North Dakota Corporation
TOM COMER, JR., an individual,
DREW ROBINS, an individual, and
RICHARD STEVENS, an individual

    Defendants.
_____/

## AFFIDAVIT OF GARY ROBINSON REGARDING DIVERSITY JURISDICTION

    BEFORE ME the undersigned authority personally appeared Gary Robinson, who after being duly sworn deposes and states:

    1.    I, GARY ROBINSON, hereby declare, certify, verify, and state under the penalty of perjury that the following affidavit is true and correct.

2. This affidavit is based upon my direct and personal knowledge, and is being made in support of Plaintiff Royal Sleep Products, Inc.'s Complaint.

3. I have reviewed the Complaint, and the statement of diversity jurisdiction within the Complaint, and hereby affirm the following:

a. Defendant RESTONIC CORPORATION is a Delaware corporation having its principal place of business in Rosemont, Illinois.

b. Defendant RESTONIC MATTRESS CORPORATION ("RMC") is an Illinois corporation having its principal place of business in Rosemont, Illinois.

c. Defendant SLEEP ALLIANCE LLC is a Delaware corporation having its principal place of business in Delaware. Tom Comer, Jr., Drew Robins and Richard Stevens are the members of Sleep Alliance, LLC. Tom Comer, Jr., is a resident of New York. Drew Robins is a resident of Texas. Richard Stevens is a resident of North Dakota.

d. Defendant JACKSON MATTRESS Co. LLC is a North Carolina corporation having its principal place of business in Fayetteville, North Carolina. Tom Comer, Jr. is the manager of Jackson Mattress Co. LLC. Tom Comer, Jr. is a resident of New York.

e. Defendant ROYAL BEDDING COMPANY OF BUFFALO is a New York corporation having its principal place of business in Buffalo, New York.

f. Defendant CONTINENTAL SILVERLINE PRODUCTS, L.P. is a Texas Limited Partnership having its principal place of business in Houston, Texas. Drew Robins is the Managing Partner of Continental Silverline Products. Drew Robins is a resident of Texas.

g. Defendant STEVENS MATTRESS MANUFACTURING CO. is a North Dakota corporation with its principal place of business in Grand Forks, North Dakota.

h. Defendant TOM COMER JR. is an individual over the age of eighteen (18), is *sui*

*juris* and is a citizen of and resides in ~~North Carolina~~ New York. /AR

    i.    Defendant DREW ROBINS is an individual over the age of eighteen (18), is *sui juris* and is a citizen of and resides in Texas.

    j.    Defendant RICHARD STEVENS is an individual over the age of eighteen (18), is *sui juris* and is a citizen of and resides in North Dakota.

I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct.

This Affidavit was executed in Miami-Dade County, Florida on December _____, 2007

FURTHER AFFIANT SAYETH NAUGHT.

By: _____
    GARY ROBINSON

STATE OF FLORIDA    )
                                    ) SS
COUNTY OF MIAMI-DADE    )

Sworn to, subscribed and acknowledged before me by Gary Robinson, who is personally known to me, on this **12** day of December, 2007.

Notary Public, State of Florida at Large
Printed Name: **Mindy Skypeck**
Commission Number: **DD409280**
My commission expires: **3/21/09**

Mindy C. Skypeck
Commission #DD409280
Expires: MAR. 21, 2009
www.AaronNotary.com