UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>ROYAL SLEEP PRODUCTS, INC., a Florida Corporation,<br><br>                              Plaintiff,<br>       vs.<br><br>RESTONIC CORPORATION,<br>an Illinois Corporation,<br>RESTONIC MATTRESS CORPORATION,<br>an Illinois Corporation,<br>SLEEP ALLIANCE, LLC,<br>a Delaware Limited Liability Company;<br>ROYAL BEDDING COMPANY OF BUFFALO,<br>a New York Corporation,<br>JACKSON MATTRESS CO. LLC,<br>a North Carolina Limited Liability Company,<br>CONTINENTAL SILVERLINE PRODUCTS L.P.,<br>a Texas Limited Partnership,<br>STEVENS MATTRESS MANUFACTURING CO.,<br> North Dakota Corporation,<br>TOM COMER, JR., an individual,<br>DREW ROBINS, an individual, and<br>RICHARD STEVENS, an individual,<br><br>                              Defendants. | Case  07 C 6588<br><br>Judge Pallmeyer<br><br>Magistrate Judge Valdez |

AN APPEARANCE AND JURY DEMAND IS FILED BY THE UNDERSIGNED ATTORNEY FOR:

<u>SLEEP ALLIANCE, LLC, a Delaware Limited Liability Company, ROYAL BEDDING COMPANY OF BUFFALO, a New York Corporation, JACKSON MATTRESS CO. LLC, a North Carolina Limited Liability Company, CONTINENTAL SILVERLINE PRODUCTS L.P., a Texas Limited Partnership, TOM COMER, JR., an individual, and DREW ROBINS, an individual,</u>

| | |
|---|---|
| SIGNATURE<br>                       /s/ GLEN E. AMUNDSEN | |
| FIRM<br>              SMITHAMUNDSEN LLC | |
| STREET ADDRESS<br>            150 NORTH MICHIGAN AVENUE, SUITE 3300 | |
| CITY/STATE/ZIP<br>                   CHICAGO, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3126776 | TELEPHONE NUMBER<br>(312) 894-3220 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES /X/      NO / / | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES /X/      NO / /<br><br>ONLY FOR CONTINENTAL SILVER LINE and DREW ROBINS | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES /X/      NO / / | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES /X/      NO / / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL / /                              APPOINTED COUNSEL / / | |