UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROYAL SLEEP PRODUCTS, INC., a Florida Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RESTONIC CORPORATION, an Illinois Corporation, RESTONIC MATTRESS CORPORATION, an Illinois Corporation, SLEEP ALLIANCE, LLC, a Delaware Limited Liability Company, ROYAL BEDDING COMPANY OF BUFFALO, a New York Corporation, JACKSON MATTRESS CO. LLC, a North Carolina Limited Liability Company, CONTINENTAL SILVERLINE PRODUCTS L.P., a Texas Limited Partnership, STEVENS MATTRESS MANUFACTURING CO., a North Dakota Corporation, TOM COMER, JR., an individual, DREW ROBINS, an individual, and RICHARD STEVENS, an individual, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | 07 C 6588 |

**UNOPPOSED MOTION TO EXTEND RESPONSE DATE**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and through undersigned counsel, Defendants SLEEP ALLIANCE, LLC, ROYAL BEDDING COMPANY OF BUFFALO, JACKSON MATTRESS CO. LLC, CONTINENAL SILVERLINE PRODUCTS L.P., TOM COMER, JR., and DREW ROBINS present their Unopposed Motion to Extend Response Date, and in support thereof would respectfully show the Court as follows:

1

1.      Pursuant to discussions with counsel for Plaintiff, Royal Sleep Products, Inc., Plaintiff does not oppose this Motion to extend to and until January 18, 2008 the deadline by which Defendants SLEEP ALLIANCE, LLC, ROYAL BEDDING COMPANY OF BUFFALO, JACKSON MATTRESS CO. LLC, CONTINENAL SILVERLINE PRODUCTS L.P., TOM COMER, JR., and DREW ROBINS are required to plead, move, or otherwise respond to Plaintiff's Complaint in this action.

2.      Defendants SLEEP ALLIANCE, LLC, ROYAL BEDDING COMPANY OF BUFFALO, JACKSON MATTRESS CO. LLC, CONTINENAL SILVERLINE PRODUCTS L.P., TOM COMER, JR., and DREW ROBINS request this Court to enter an Order extending to and until January 18, 2008 the deadline for Defendants SLEEP ALLIANCE, LLC, ROYAL BEDDING COMPANY OF BUFFALO, JACKSON MATTRESS CO. LLC, CONTINENAL SILVERLINE PRODUCTS L.P., TOM COMER, JR., and DREW ROBINS to plead, move or otherwise respond to Plaintiff's Complaint in this action.

**PRAYER**

WHEREFORE, Defendants SLEEP ALLIANCE, LLC, ROYAL BEDDING COMPANY OF BUFFALO, JACKSON MATTRESS CO. LLC, CONTINENAL SILVERLINE PRODUCTS L.P., TOM COMER, JR., and DREW ROBINS request that this Court enter an Order granting this Unopposed Motion, and extending the deadline for them to plead, move or otherwise respond to Plaintiff's Complaint in this action to and until January 18, 2008.

Dated: December 26, 2007

SMITH AMUNDSEN LLC

/S/ THOMAS J. LYMAN, III
Thomas J. Lyman, III, Esq.
ARDC No. 6194687
Glen E. Amundsen, Esq.
ARDC No. 3126776
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL  60601
Phone: 312-894-3200
Fax:    312-894-3210

-and-

Andrew S. Friedberg, Esq.
Texas State Bar No. 24053212
(pending admission *pro hac vice*)
S. A. Hayden Briggle, Esq.
Texas State Bar No. 24059487
(pending admission *pro hac vice*)
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

*Attorneys for Defendants, Sleep, Royal Bedding, Jackson, Continental, Comer, and Robins*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure upon all known counsel of record on this, the 26th day of December, 2007.

| | |
|---|---|
| Brian Ira Tanenbaum, Esq.<br>John A. Benson, Jr., Esq.<br>THE LAW OFFICES OF BRIAN IRA TANENBAUM, LTD.<br>2970 Maria Avenue, Ste. 207<br>Northbrook, IL  60062<br>Telephone: (847) 562-1636<br>Facsimile: (847) 562-1637 | Robert F. Salkowski, Esq.<br>ZARCO EINHORN SALKOWSKI, P.A.<br>Bank of America Tower<br>100 S.E. Second Street, Suite 2700<br>Miami, Florida  33131<br>Telephone: (305) 374-5418<br>Facsimile: (305) 374-5428 |

/s/ THOMAS J. LYMAN, III

3