3006248-GEA-TJL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROYAL SLEEP PRODUCTS, INC., a Florida Corporation, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | 07 C 6588 |
| RESTONIC CORPORATION, an Illinois Corporation, RESTONIC MATTRESS CORPORATION, an Illinois Corporation, SLEEP ALLIANCE, LLC, a Delaware Limited Liability Company, ROYAL BEDDING COMPANY OF BUFFALO, a New York Corporation, JACKSON MATTRESS CO. LLC, a North Carolina Limited Liability Company, CONTINENTAL SILVERLINE PRODUCTS L.P., a Texas Limited Partnership, STEVENS MATTRESS MANUFACTURING CO., a North Dakota Corporation, TOM COMER, JR., an individual, DREW ROBINS, an individual, and RICHARD STEVENS, an individual, | § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## ORDER EXTENDING RESPONSE DATE

This Court, having considered the Unopposed Motion to Extend Response Date filed by Defendants SLEEP ALLIANCE, LLC, ROYAL BEDDING COMPANY OF BUFFALO, JACKSON MATTRESS CO. LLC, CONTINENAL SILVERLINE PRODUCTS L.P., TOM COMER, JR., and DREW ROBINS, is of the opinion that said Motion is GRANTED.

3006248-GEA-TJL

It is therefore ORDERED that the deadline by which Defendants SLEEP ALLIANCE, LLC, ROYAL BEDDING COMPANY OF BUFFALO, JACKSON MATTRESS CO. LLC, CONTINENAL SILVERLINE PRODUCTS L.P., TOM COMER, JR., and DREW ROBINS are required to plead, move, or otherwise respond to Plaintiff's Complaint in this action is extended to and until January 18, 2008.

SIGNED this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE