# United States District Court for the Northern District of Illinois

Case Number: 07cv6588    Assigned/Issued By: j. n.

Judge Name:    Designated Magistrate Judge:

## FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
 ☐ IFP    ☐ No Fee    ☐ Other _____
 ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

## ISSUANCES

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
     _____
     (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
   (Type of Writ)

__4__ Original and __4__ copies on __1-9-08__ as to __richard stevens__
                               (Date)
(2 different addresses; restonic mattress corporation; restonic corporation

C:\wpwin80\docket\feeinfo.frm    03/14/05