IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROYAL SLEEP PRODUCTS, INC., a Florida Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESTONIC CORPORATION, an Illinois Corporation, RESTONIC MATTRESS CORPORATION, an Illinois Corporation, SLEEP ALLIANCE, LLC, a Delaware Limited Liability Company, ROYAL BEDDING COMPANY OF BUFFALO, a New York Corporation, JACKSON MATTRESS CO. LLC, a North Carolina Limited Liability Company, CONTINENTAL SILVERLINE PRODUCTS L.P., a Texas Limited Partnership, STEVENS MATTRESS MANUFACTURING CO., a North Dakota Corporation, TOM COMER, JR., an individual, DREW ROBINS, an individual, and RICHARD STEVENS, an individual,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | 07 C 6588 |

## NOTICE OF MOTION

TO:   Robert F. Salkowski, Esq.; ZARCO EINHORN SALKOWSKI, P.A.;
Bank of America Tower; 100 S.E. Second Street; Suite 2700; Miami, Florida 33131
Email: rsalkowski@zarcolaw.com

cc:   Brian Ira Tanenbaum, Esq.; John A. Benson, Jr., Esq.;
THE LAW OFFICES OF BRIAN IRA TANENBAUM, LTD.;
2970 Maria Avenue; Suite 207; Northbrook, IL 60062; Email: brian@bitlaw.org

PLEASE TAKE NOTICE THAT on the 17 day of January 2008, at 8:45 a.m., we shall appear before the Honorable Judge Rebecca Pallmeyer in Room 2119, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached **Unopposed Motion to Extend Response Date, Pre-trial**

Conference Date, and Completion of "Report of Parties Planning Meeting" on behalf of SLEEP ALLIANCE, LLC, ROYAL BEDDING COMPANY OF BUFFALO, JACKSON MATTRESS CO. LLC, CONTINENAL SILVERLINE PRODUCTS L.P., TOM COMER, JR., and DREW ROBINS; a copy of which is served upon you.

SmithAmundsen LLC

By: /s/ THOMAS J. LYMAN, III
One of the attorneys for
Sleep, Royal Bedding, Jackson,
Continental, Comer, and Robins

SmithAmundsen, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3241
(312) 894-3210 FAX

## AFFIDAVIT OF SERVICE

I, Martha Sanchez Engmann, after being first duly sworn on oath, depose and state that I served this Notice, together with the documents herein referred, to the above-named attorneys at their respective email addresses as listed above, prior to 5:00 p.m. on January 15, 2008.

Martha Sanchez Engmann

SUBSCRIBED and SWORN to before me this
15th day of January, 2008.

Alicia F. McKenzie
Notary Public

OFFICIAL SEAL
ALICIA F MCKENZIE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/30/10