## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6588 | **DATE** | 1/16/2008 |
| **CASE TITLE** | Royal Sleep Products, Inc. vs. Restonic Corp., et al. | | |

**DOCKET ENTRY TEXT**

Defendants' unopposed motion to extend response date (17) granted to and including 2/27/08 to Answer or otherwise plead.  Rule 16 conference set for 1/28/08 is stricken and reset to 3/12/08 at 9:00 a.m.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | ETV |