**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6588 |
| Royal Sleep Products, Inc. v. Restonic Corporation, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants STEVENS MATTRESS MANUFACTURING CO. and RICHARD STEVENS

| |
|---|
| NAME (Type or print) |
| Michelle Bacher Fisher |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michelle Bacher Fisher |
| FIRM |
| Dykema Gossett PLLC |
| STREET ADDRESS |
| 10 South Wacker Drive - Suite 2300 |
| CITY/STATE/ZIP |
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277061 | 312.627-2573 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2008, I electronically filed my Appearance with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

*Counsel for Plaintiff*
**Royal Sleep Products, Inc.**
    Brian Ira Tanenbaum, Esq.
    John A. Benson, Jr., Esq.
    THE LAW OFFICES OF BRIAN IRA
    TANENBAUM
    2970 Maria Avenue
    Suite 207
    Northbrook, IL  60062
    Phone:  847.562-1636
    Fax:  847.562-1637
    Email: brian@bitlaw.org
    Email: john@bitlaw.org

*Additional Counsel for Plaintiff*
**Royal Sleep Products, Inc.**
    ZARCO EINHORN SALKOWSKI, P.A.[1]
    Bank of America Tower
    100 S.E. Second Street
    Suite 2700
    Miami, FL  33131
    Phone:  305.374-5418
    Fax:  305.374-5428

*Counsel for Defendants*
**Restonic Corporation** and **Restonic Mattress Corporation**
    Frederic A. Mendelsohn, Esq.
    BURKE, WARREN, MACKAY & SERRITELLA PC
    330 North Wabash Avenue
    22nd Floor
    Chicago, IL  60611
    Phone:  312.840-7000
    Fax:  312.840-7900
    Email: fmendelsohn@burkelaw.com

*Counsel for Defendants*
**Sleep Alliance, LLC, Royal Bedding Company of Buffalo, Jackson Mattress Co. LLC, Continental Silverline Products L.P., Tom Comer, Jr.** and **Drew Robins**
    Glen E. Amundsen, Esq.
    Thomas James Lyman, III, Esq.
    SMITH & AMUNDSEN, L.L.C.
    150 North Michigan Avenue
    Suite 3300
    Chicago, IL  60601
    Phone: 312.894-3200
    Fax: 312.894-3210
    Email: gamundsen@salawus.com
    Email: tlyman@salawus.com

                                    */s/Michelle B. Fisher*
                                    Michelle B. Fisher

---

[1] The Zarco firm is being served via telecopy because individual lawyers have not yet filed an appearance to allow ECF service.