UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROYAL SLEEP PRODUCTS, INC., a Florida Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RESTONIC CORPORATION, an Illinois Corporation, RESTONIC MATTRESS CORPORATION, an Illinois Corporation, SLEEP ALLIANCE, LLC, a Delaware Limited Liability Company, ROYAL BEDDING COMPANY OF BUFFALO, a New York Corporation, JACKSON MATTRESS CO. LLC, a North Carolina Limited Liability Company, CONTINENTAL SILVERLINE PRODUCTS L.P., a Texas Limited Partnership, STEVENS MATTRESS MANUFACTURING CO., a North Dakota Corporation, TOM COMER, JR., an individual, DREW ROBINS, an individual, and RICHARD STEVENS, an individual,<br><br>　　　　　Defendants. | Case No. 07 C 6588<br><br>Hon. Rebecca R. Pallmeyer<br><br>Magistrate Judge Valdez |

### MOTION OF DEFENDANTS, STEVENS MATTRESS MANUFACTURING CO. AND RICHARD STEVENS, FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Stevens Mattress Manufacturing Co. and Richard Stevens ("Defendants"), by and through the undersigned attorneys, move pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time for Defendants to respond to Plaintiff's Complaint. In support of their motion, Defendants state the following:

1.　Defendants were served on January 18, 2008.

2.　Defendants' response to the Complaint is due on February 11, 2008.

3.　In an attempt to avoid an unnecessary motion, Defendants offered to waive service in accordance with Local Rule 4.0. However, Plaintiff was not agreeable to such measures.

Case 1:07-cv-06588　　Document 23　　Filed 02/04/2008　　Page 2 of 4

4.	Counsel for Defendants require additional time to properly investigate the allegations and formulate an appropriate response.

5.	Further, co-defendants Sleep Alliance, LLC, Royal Bedding Company of Buffalo, Jackson Mattress Co. LLC, Continental Silverline Products L.P., Tom Comer, Jr., and Drew Robins, filed a similar motion seeking an additional amount of time, up to and including February 27, 2008, to file their responsive pleading which was granted by this Court on January 16, 2008.

6.	Defendants respectfully request an enlargement of time in which to answer or otherwise plead to the Complaint up to and including February 27, 2008.

7.	This request is made in good faith and will not prejudice any of the parties.

WHEREFORE, Defendants, Stevens Mattress Manufacturing Co. and Richard Stevens, respectfully request that this Court grant them an enlargement of time up to and including February 27, 2008, in which to respond to Plaintiff's Complaint, and grant such further and additional relief as this Court deems just and appropriate.

Dated: February 4, 2008　　　　　　　　Respectfully submitted,

By:　*/s/Michelle B. Fisher*
　　　One of the Attorneys for Defendants,
　　　STEVENS MATTRESS MANUFACTURING
　　　CO. and RICHARD STEVENS

Thomas R. Hill, ARDC No. 6191291
Michelle B. Fisher, ARDC No. 6277061
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the **Motion Of Defendants, Stevens Mattress Manufacturing Co. And Richard Stevens, For Enlargement Of Time To Respond To Plaintiff's Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

*Counsel for Plaintiff*
**Royal Sleep Products, Inc.**
    Brian Ira Tanenbaum, Esq.
    John A. Benson, Jr., Esq.
    THE LAW OFFICES OF BRIAN IRA TANENBAUM
    2970 Maria Avenue
    Suite 207
    Northbrook, IL  60062
    Phone:  847.562-1636
    Fax:  847.562-1637
    Email: brian@bitlaw.org
    Email: john@bitlaw.org

*Additional Counsel for Plaintiff*
**Royal Sleep Products, Inc.**
    ZARCO EINHORN SALKOWSKI, P.A.[1]
    Bank of America Tower
    100 S.E. Second Street
    Suite 2700
    Miami, FL  33131
    Phone:  305.374-5418
    Fax:  305.374-5428

*Counsel for Defendants*
**Restonic Corporation** and **Restonic Mattress Corporation**
    Frederic A. Mendelsohn, Esq.
    BURKE, WARREN, MACKAY & SERRITELLA PC
    330 North Wabash Avenue
    22nd Floor
    Chicago, IL  60611
    Phone:  312.840-7000
    Fax:  312.840-7900
    Email: fmendelsohn@burkelaw.com

*Counsel for Defendants*
**Sleep Alliance, LLC, Royal Bedding Company of Buffalo, Jackson Mattress Co. LLC, Continental Silverline Products L.P., Tom Comer, Jr.** and **Drew Robins**
    Glen E. Amundsen, Esq.
    Thomas James Lyman, III, Esq.
    SMITH & AMUNDSEN, L.L.C.
    150 North Michigan Avenue
    Suite 3300
    Chicago, IL  60601
    Phone:  312.894-3200
    Fax:  312.894-3210
    Email: gamundsen@salawus.com
    Email: tlyman@salawus.com

    */s/ Michelle B. Fisher*
    Michelle B. Fisher

---

[1] The Zarco firm is being served via telecopy because individual lawyers have not yet filed an appearance to allow ECF service.

- 4 -

CHICAGO\2419832.1
ID\MBFI