UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROYAL SLEEP PRODUCTS, INC., a Florida Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>RESTONIC CORPORATION, an Illinois Corporation, RESTONIC MATTRESS CORPORATION, an Illinois Corporation, SLEEP ALLIANCE, LLC, a Delaware Limited Liability Company, ROYAL BEDDING COMPANY OF BUFFALO, a New York Corporation, JACKSON MATTRESS CO. LLC, a North Carolina Limited Liability Company, CONTINENTAL SILVERLINE PRODUCTS L.P., a Texas Limited Partnership, STEVENS MATTRESS MANUFACTURING CO., a North Dakota Corporation, TOM COMER, JR., an individual, DREW ROBINS, an individual, and RICHARD STEVENS, an individual,<br><br>    Defendants. | Case No. 07 C 6588<br><br>Hon. Rebecca R. Pallmeyer<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

TO: Counsel Listed on attached Certificate of Service

**PLEASE TAKE NOTICE** that on **Thursday, February 7, 2008,** at **8:45 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Rebecca R. Pallmeyer** or any judge sitting in her stead in **Room 2119** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present the **MOTION OF DEFENDANTS, STEVENS MATTRESS MANUFACTURING CO. AND RICHARD STEVENS, FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**, a copy of which has been served upon you via the ECF filing system.

Dated: February 4, 2008    Respectfully submitted,

| | |
|---|---|
| Thomas R. Hill, ARDC No. 6191291<br>Michelle B. Fisher, ARDC No. 6277061<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700 | By: */s/Michelle B. Fisher*<br>One of the Attorneys for Defendants,<br>STEVENS MATTRESS MANUFACTURING<br>CO. and RICHARD STEVENS |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed **Defendants' Notice of Motion (for the Motion of Defendants, Stevens Mattress Manufacturing Co. And Richard Stevens, For Enlargement Of Time To Respond To Plaintiff's Complaint)** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

*Counsel for Plaintiff*
**Royal Sleep Products, Inc.**
  Brian Ira Tanenbaum, Esq.
  John A. Benson, Jr., Esq.
  THE LAW OFFICES OF BRIAN IRA TANENBAUM
  2970 Maria Avenue
  Suite 207
  Northbrook, IL  60062
  Phone:  847.562-1636
  Fax:  847.562-1637
  Email: brian@bitlaw.org
  Email: john@bitlaw.org

*Additional Counsel for Plaintiff*
**Royal Sleep Products, Inc.**
  ZARCO EINHORN SALKOWSKI, P.A.[1]
  Bank of America Tower
  100 S.E. Second Street
  Suite 2700
  Miami, FL  33131
  Phone:  305.374-5418
  Fax:  305.374-5428

*Counsel for Defendants*
**Restonic Corporation** and **Restonic Mattress Corporation**
  Frederic A. Mendelsohn, Esq.
  BURKE, WARREN, MACKAY & SERRITELLA PC
  330 North Wabash Avenue
  22nd Floor
  Chicago, IL  60611
  Phone:  312.840-7000
  Fax:  312.840-7900
  Email: fmendelsohn@burkelaw.com

*Counsel for Defendants*
**Sleep Alliance, LLC, Royal Bedding Company of Buffalo, Jackson Mattress Co. LLC, Continental Silverline Products L.P., Tom Comer, Jr.** and **Drew Robins**
  Glen E. Amundsen, Esq.
  Thomas James Lyman, III, Esq.
  SMITH & AMUNDSEN, L.L.C.
  150 North Michigan Avenue
  Suite 3300
  Chicago, IL  60601
  Phone:  312.894-3200
  Fax:  312.894-3210
  Email: gamundsen@salawus.com
  Email: tlyman@salawus.com

  */s/ Michelle B. Fisher*
  Michelle B. Fisher

CHICAGO\2419743.1
ID\MBFI

---

[1] The Zarco firm is being served via telecopy because individual lawyers have not yet filed an appearance to allow ECF service.