# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6588 | **DATE** | 2/5/2008 |
| **CASE TITLE** | Royal Sleep Products, Inc. vs. Restonic Corporation, et al | | |

**DOCKET ENTRY TEXT**

Motion of Defendants, Stevens Mattress Manufacturing Co. and Richard Stevens, for enlargement of time to respond to Plaintiff's complaint [23] granted to and including 2/27/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|