UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ROYAL SLEEP PRODUCTS, INC.
a Florida Corporation,

    Plaintiff.

v.

RESTONIC CORPORATION,
an Illinois Corporation,
RESTONIC MATTRESS CORPORATION,
an Illinois Corporation,
SLEEP ALLIANCE, LLC,
a Delaware Limited Liability Company,
ROYAL BEDDING COMPANY OF BUFFALO,
a New York Corporation,
JACKSON MATTRESS CO., LLC,
a North Carolina Limited Liability Company,
CONTINENTAL SILVERLINE PRODUCTS L.P.,
a Texas Limited Partnership,
STEVENS MATTRESS MANUFACTURING CO.,
a North Dakota Corporation,
TOM COMER, JR., an individual,
DREW ROBINS, an individual, and
RICHARD STEVENS, an individual

    Defendants.

Case No.: 1:07 CV 6588

F I L E D

FEB 13 2008
Feb 13, 2008
JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.14 of the local rules of the United States District Court for the Northern District of Illinois, I, MELISSA L. BERNHEIM, move to be admitted pro hac vice to the bar of this court for the purpose of representing Plaintiff in this matter. In support of this motion, I submit the following information as required by Rule 83.14:

    (a)    Full name of the movant-attorney:    MELISSA L. BERNHEIM.

    (b)    Address, telephone number and fax number of the movant-attorney:

1

100 S.E. 2nd Street, Suite 2700
Miami, Florida 33131;
Telephone: (305) 374-5418; Facsimile: (305) 374-5428.

(c) Name of the firm or letterhead under which the movant practices:
ZARCO EINHORN SALKOWSKI & BRTIO, P.A.

(d) Bars, state and federal courts of which the movant is a member in good standing, with dates of admission and registration numbers, if any:
The Florida Bar; 2003; FL Bar No. 0623059
United States District Court Southern District of Florida; 2003.

(e) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar.

(f) The movant does not currently, nor within the year proceeding the date of this application, made pro hac vice applications to this Court.

(g) Movant does not reside in the Northern District of Illinois, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

(h) The movant has designated local counsel.

(i) The movant has not been censured, suspended, disbarred or otherwise disciplined by any Court.

(j) The movant is not currently the subject of an investigation of the applicant's professional conduct.

(k) The movant has not been transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court.

(l) The movant has not been denied admission to the bar of any court.

(m) The movant has not been held in contempt of court.

Movant has read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991(Local Rulels 83.50 through 83.58) and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. Movant declares under penalty of perjury that the foregoing is true and correct and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

## ORDER

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: Feb. 13, 2008    _____
UNITED STATES DISTRICT JUDGE

## INSTRUCTIONS REGARDING THE SIGNING OF THE OATH OF OFFICE

PETITIONER MUST SIGN THE OATH OF OFFICE BEFORE FILING THE PETITION. PURSUANT TO LOCAL RULE 83.10(e), PETITIONERS MAY CHOOSE WHETHER OR NOT TO APPEAR IN PERSON BEFORE A JUDGE TO BE ADMITTED. IF A PETITIONER IN THE EASTERN DIVISION DOES NOT WISH TO APPEAR IN PERSON TO BE SWORN IN, THE PETITIONER'S SIGNATURE BELOW MUST BE NOTARIZED. PETITIONERS IN THE WESTERN DIVISION MUST APPEAR IN PERSON BEFORE A JUDGE IN THAT DIVISION TO BE ADMITTED.

---

### OATH OF OFFICE

I do solemnly swear (or affirm) that I will defend the Constitution of the United States of America; that I will faithfully discharge my duties as an attorney and counselor; and that I will demean myself uprightly and according to law and the recognized standards of ethics of the profession, so help me God.

_____
(Signature)

Subscribed and sworn to (or affirmed) before me this **7th** day of **February**, 20**08**

_____
Deputy Clerk or Notary Public

NOTE: When the print dialog box appears, be sure to uncheck the Annotations option.

LISIS L. PAGES
MY COMMISSION # DD744943
EXPIRES December 27, 2011
(407) 398-0153  FloridaNotaryService.com

---

FOR OFFICIAL USE ONLY

Checked by Deputy _____

on _____

DATE OF ADMISSION _____

(Fee Stamp)

**PAID**
RECEIPT # 116648

FEB - 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# AFFIDAVIT OF SPONSOR

| NAME OF SPONSOR | LAST NAME<br>BRITO | FIRST NAME<br>ALEJANDRO | MIDDLE NAME/INITIAL |
|---|---|---|---|

| ADDRESS OF SPONSOR | FIRM OR BUSINESS NAME<br>ZARCO, EINHORN, SALKOWSKI & BRITO, P.A. | | |
|---|---|---|---|
| | STREET ADDRESS<br>8790 SW 76 STREET | | ROOM NUMBER |
| | CITY<br>MIAMI | COUNTY<br>MIAMI-DADE | STATE<br>FL | ZIP<br>33173 |

| ADMISSION DATE | Enter the date on which the sponsor was admitted to practice before the Illinois Supreme Court or the highest court of another state or the District of Columbia. | DATE<br>1996 | STATE<br>FL |
|---|---|---|---|

I, the above-named sponsor, state that:

(a) I am currently, and for at least two years have been, a member in good standing of the general bar of   **FLORIDA**
(State or District of Columbia)

(b) I have known the petitioner for a period of not less than   **1.5**   years.

(c) I have known the petitioner under the following circumstances:
We have been working together since 2006.

(d) I know the petitioner's character to be:   Outstanding

(e) I know the petitioner's reputation to be:   Exemplary

(f) I know the petitioner's experience at the bar to be as follows:
She is a very dedicated and diligent person.

(g) The petitioner is of good moral character and otherwise well qualified to practice as a member of the bar of the United States District Court for the Northern District of Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 2/7/08

(Signature of Sponsor)

| AFFIDAVIT OF SPONSOR |||||
|---|---|---|---|---|
| **NAME OF SPONSOR** | LAST NAME<br>SALKOWSKI | FIRST NAME<br>ROBERT | MIDDLE NAME/INITIAL ||
| **ADDRESS OF SPONSOR** | FIRM OR BUSINESS NAME<br>ZARCO, EINHORN, SALKOWSKI & BRITO, P.A. ||||
| | STREET ADDRESS<br>9802 Napoli Woods Lane ||| ROOM NUMBER |
| | CITY<br>DELRAY BEACH | COUNTY<br>PALM BEACH | STATE<br>FL | ZIP<br>33446 |
| **ADMISSION DATE** | Enter the date on which the sponsor was admitted to practice before the Illinois Supreme Court or the highest court of another state or the District of Columbia. || DATE<br>*1991* | STATE<br>FL |

I, the above-named sponsor, state that:

(a) I am currently, and for at least two years have been, a member in good standing of the general bar of _____FLORIDA_____
(State or District of Columbia)

(b) I have known the petitioner for a period of not less than _____1.5_____ years.

(c) I have known the petitioner under the following circumstances:
We have been working together since she began working in our lawfirm.

(d) I know the petitioner's character to be: Outstanding

(e) I know the petitioner's reputation to be: Exemplary

(f) I know the petitioner's experience at the bar to be as follows:
Melissa Bernheim is dedicated to the practice of law.

(g) The petitioner is of good moral character and otherwise well qualified to practice as a member of the bar of the United States District Court for the Northern District of Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 2/7/8                       _____
                                 (Signature of Sponsor)

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. # **623059**

I, **CLARENCE MADDOX**, Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that *Melissa Bernheim* was duly admitted to practice in said Court on 7/11/03, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this February 6, 2008

**CLARENCE MADDOX**
Court Administrator • Clerk of Court

By _____
Deputy Clerk

.sk.5/2002