IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROYAL SLEEP PRODUCTS, INC., <br> a Florida Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RESTONIC CORPORATION, <br> an Illinois Corporation, <br> RESTONIC MATTRESS CORPORATION, <br> an Illinois Corporation, <br> SLEEP ALLIANCE, LLC, <br> a Delaware Limited Liability Company, <br> ROYAL BEDDING COMPANY OF <br> BUFFALO, <br> a New York Corporation, <br> JACKSON MATTRESS CO. LLC, <br> a North Carolina Limited Liability Company, <br> CONTINENTAL SILVERLINE <br> PRODUCTS L.P., <br> a Texas Limited Partnership, <br> STEVENS MATTRESS <br> MANUFACTURING CO., <br> a North Dakota Corporation, <br> TOM COMER, JR., an individual, <br> DREW ROBINS, an individual, and <br> RICHARD STEVENS, an individual, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | 07 C 6588 |

**NOTICE OF MOTION**

TO: Robert F. Salkowski, Esq.; ZARCO EINHORN SALKOWSKI, P.A.;
Bank of America Tower; 100 S.E. Second Street; Suite 2700; Miami, Florida 33131
Email: rsalkowski@zarcolaw.com

cc: All Attorneys of Record

PLEASE TAKE NOTICE THAT on 26th day of February 2008, at 8:45 a.m., we shall appear before the Honorable Judge Rebecca Pallmeyer in Room 2119, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached **Unopposed Motion to Extend Response Date, Pre-trial Conference Date, and Completion of "Report of Parties Planning Meeting"** on behalf of SLEEP ALLIANCE, LLC, ROYAL BEDDING COMPANY OF BUFFALO, JACKSON

MATTRESS CO. LLC, CONTINENAL SILVERLINE PRODUCTS L.P., TOM COMER, JR., and DREW ROBINS; a copy of which is served upon you.

SmithAmundsen LLC

By:   /s/ THOMAS J. LYMAN, III<br>One of the attorneys for<br>Sleep, Royal Bedding, Jackson,<br>Continental, Comer, and Robins

SmithAmundsen, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3241
(312) 894-3210 FAX

## CERTIFICATE OF SERVICE

I, Thomas J. Lyman, III, after being first duly sworn on oath, depose and state that I served this Notice, to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on February 21, 2008.

/s/ Thomas J. Lyman, III<br>One of the Attorneys for<br>Sleep, Royal Bedding, Jackson,<br>Continental, Comer, and Robins