# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6588 | **DATE** | 2/22/2008 |
| **CASE TITLE** | Royal Sleep Products, Inc vs. Restonic Corporation, et al | | |

**DOCKET ENTRY TEXT**

Unopposed motion to extend response date [28] granted. Defendants' time to Answer or otherwise plead extended to 3/20/2008. Rule 16 conference set for 3/12/2008 is stricken and reset to 3/27/2008 at 9:00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|