## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6588 | **DATE** | 2/25/2008 |
| **CASE TITLE** | Royal Sleep Products, Inc.  v. Restonic Corporation, et al | | |

**DOCKET ENTRY TEXT**

Motion of defendants, Stevens Mattress Manufacturing Co. and Richard Stevens, to extend response date [32] granted to and including 3/20/2008 to respond to Plaintiff's Complaint.  Rule 16 conference set for 3/27/2008 at 9:00 to stand.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | ETV |