UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROYAL SLEEP PRODUCTS, INC., a Florida Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RESTONIC CORPORATION, an Illinois Corporation, RESTONIC MATTRESS CORPORATION, an Illinois Corporation, SLEEP ALLIANCE, LLC, a Delaware Limited Liability Company, ROYAL BEDDING COMPANY OF BUFFALO, a New York Corporation, JACKSON MATTRESS CO. LLC, a North Carolina Limited Liability Company, CONTINENTAL SILVERLINE PRODUCTS L.P., a Texas Limited Partnership, STEVENS MATTRESS MANUFACTURING CO., a North Dakota Corporation, THOMAS J. COMER, JR., an individual, DREW ROBINS, an individual, and RICHARD STEVENS, an individual, <br><br> Defendants. | CIVIL ACTION NO. 1:07-CV-06588 |

## AFFIDAVIT OF CONTINENTAL SILVERLINE PRODUCTS L.P.

I, Drew Robins, the authorized representative of Continental Silverline Products L.P. ("Continental Silverline"), being of sound mind and legal age, if called to testify, will state as follows:

1.　　My name is J.A. (Drew) Robins and I am a resident and citizen of the State of Texas.

2. I am an owner and principal partner of Continental Silverline.

3. Continental Silverline's business address and headquarters is located at 710 North Drennan Street, Houston, Texas 77003, and Continental Silverline has never maintained an office or place of business in the State of Illinois.

4. Continental Silverline does not, and has never sold any products or conducted any of its business in the State of Illinois.

5. Continental Silverline does not, and has never done any advertising in the State of Illinois.

6. Continental Silverline does not, and has never owned any real estate in the State of Illinois.

7. Continental Silverline does not, and has never owned any bank accounts in the State of Illinois.

8. Continental Silverline is not, and has never been liable for any State of Illinois income taxes.

9. Continental Silverline, through its representatives, has never visited the State of Illinois for the purpose of selling products or mattresses in the State of Illinois.

10. Continental Silverline has never made or performed a contract or promise in the State of Illinois for the sale of any products.

11. Continental Silverline has not performed any acts, tortious or otherwise, in the State of Illinois.

12. Continental Silverline is not licensed or registered to do business in the State of Illinois, nor does it have a registered agent in the State of Illinois.

CONTINENTAL SILVERLINE PRODUCTS L.P.

By: _____
J.A. (Drew) Robins

Subscribed and Sworn to before me this 19th day of March, 2008.

_____
Notary Public



SHARON PHIPPS
Notary Public, State of Texas
My Commission Expires 09-11-2008

3