UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROYAL SLEEP PRODUCTS, INC., a Florida Corporation, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:07-CV-06588 |
| RESTONIC CORPORATION, an Illinois Corporation, RESTONIC MATTRESS CORPORATION, an Illinois Corporation, SLEEP ALLIANCE, LLC, a Delaware Limited Liability Company, ROYAL BEDDING COMPANY OF BUFFALO, a New York Corporation, JACKSON MATTRESS CO. LLC, a North Carolina Limited Liability Company, CONTINENTAL SILVERLINE PRODUCTS L.P., a Texas Limited Partnership, STEVENS MATTRESS MANUFACTURING CO., a North Dakota Corporation, TOM COMER, JR., an individual, DREW ROBINS, an individual, and RICHARD STEVENS, an individual, | § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

### AFFIDAVIT OF DREW ROBINS

I, Drew Robins, being of sound mind and legal age, if called to testify, will state as follows:

1. My name is J.A. (Drew) Robins, and I am a resident and citizen of the State of Texas.

2. I am an owner and principal partner of Continental Silverline Products L.P. ("Continental Silverline").

3. My office is located at 710 North Drennan Street, Houston, Texas 77003 and I have never maintained an office in the State of Illinois, personally or on behalf of Continental Silverline.

4. I personally, or on behalf of Continental Silverline, do not, and have never sold any products or conducted any business in the State of Illinois.

5. I personally, or on behalf of Continental Silverline, do not, and have never done any advertising in the State of Illinois.

6. At all relevant times, I personally, or on behalf of Continental Silverline, do not, and have never owned any real estate in the State of Illinois.

7. At all relevant times, I personally, or on behalf of Continental Silverline, do not, and have never owned any bank accounts in the State of Illinois.

8. At all relevant times, I personally, or on behalf of Continental Silverline, am not, and have never been liable for any State of Illinois income taxes.

9. On any visits to the State of Illinois, I have not conducted any business on behalf of Continental Silverline to sell products in the State of Illinois or attend meetings to sell mattresses in the State of Illinois.

10. At all relevant times, neither I nor anyone on behalf of Continental Silverline, have made or performed a contract or promise in the State of Illinois for the sale of mattresses in Illinois.

11. Neither I nor Continental Silverline has performed any acts, tortious or otherwise, in the State of Illinois.

12. Neither I nor Continental Silverline is registered to conduct business in the State of Illinois nor do I or Continental Silverline have a registered agent in the State of Illinois.

_____
J.A. (DREW) ROBINS

Subscribed and Sworn to before me this 19th day of March, 2008.

_____
Notary Public

SHARON PHIPPS
Notary Public, State of Texas
My Commission Expires 09-11-2008

3