UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROYAL SLEEP PRODUCTS, INC., <br> a Florida Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RESTONIC CORPORATION, <br> an Illinois Corporation, <br> RESTONIC MATTRESS CORPORATION, <br> an Illinois Corporation, <br> SLEEP ALLIANCE, LLC, <br> a Delaware Limited Liability Company, <br> ROYAL BEDDING COMPANY OF BUFFALO, <br> a New York Corporation, <br> JACKSON MATTRESS CO. LLC, <br> a North Carolina Limited Liability Company, <br> CONTINENTAL SILVERLINE PRODUCTS L.P., <br> a Texas Limited Partnership, <br> STEVENS MATTRESS MANUFACTURING CO., <br> a North Dakota Corporation, <br> TOM COMER, JR., an individual, <br> DREW ROBINS, an individual, and <br> RICHARD STEVENS, an individual, <br><br> Defendants. | CIVIL ACTION NO. 1:07-CV-06588 |

**MOTION OF SLEEP ALLIANCE, ROYAL BEDDING, JACKSON MATTRESS, AND MR. COMER TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and through undersigned counsel, Defendants Sleep Alliance, LLC, Royal Bedding Company of Buffalo, Jackson Mattress Company, LLC , and Thomas J. Comer, Jr. present their Motion to Dismiss for Lack of Personal Jurisdiction, and request this Court to enter an Order dismissing Plaintiff's Complaint against the Defendants with prejudice on the following grounds:

Plaintiff fails to plead this Court's personal jurisdiction as to the Defendants. Absent from the Complaint are any allegations to support specific jurisdiction. In addition, the complaint lacks any allegations that demonstrate the Defendants have the requisite continuous and systematic contacts to confer general jurisdiction on each of them. It would be a violation of due process to render the Defendants subject to the jurisdiction of this Court.

## PRAYER

For the above reasons, the reasons in the Defendants' memorandum of law in support of this motion filed concurrently, and all reasons of record, Sleep Alliance, LLC, Royal Bedding Company of Buffalo, Jackson Mattress Company, LLC, and Mr. Comer request that this Court grant this Motion to Dismiss for Lack of Personal Jurisdiction with prejudice and grant such other and further relief as is just and equitable.

Dated: March 20, 2008                                SMITHAMUNDSEN, LLC

/S/ THOMAS J. LYMAN, III
Thomas J. Lyman, III, Esq.
ARDC No. 6194687
Glen E. Amundsen, Esq.
ARDC No. 3126776
SmithAmundsen, LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
Phone: 312-894-3241
Fax:   312-894-3210

*Attorneys for Defendants Sleep Alliance, Royal Bedding, Jackson Mattress and Mr. Comer*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure upon all known counsel of record on this, the 20th day of March, 2008.