UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROYAL SLEEP PRODUCTS, INC., a Florida Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RESTONIC CORPORATION, an Illinois Corporation, RESTONIC MATTRESS CORPORATION, an Illinois Corporation, SLEEP ALLIANCE, LLC, a Delaware Limited Liability Company, ROYAL BEDDING COMPANY OF BUFFALO, a New York Corporation, JACKSON MATTRESS CO. LLC, a North Carolina Limited Liability Company, CONTINENTAL SILVERLINE PRODUCTS L.P., a Texas Limited Partnership, STEVENS MATTRESS MANUFACTURING CO., a North Dakota Corporation, TOM COMER, JR., an individual, DREW ROBINS, an individual, and RICHARD STEVENS, an individual, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 1:07-CV-06588 |

#1
**AFFIDAVIT OF THOMAS J. COMER, JR.**

I, Thomas J. Comer, Jr., being of sound mind and legal age, if called to testify, will state as follows:

1. My name is Thomas J. Comer, Jr., and I am a resident and citizen of the State of New York.

2. I am the CEO and owner of Royal Bedding Company of Buffalo and Jackson Mattress Company.

3. I am the CEO of Sleep Alliance, LLC.

4. My office is located at 19 Doat Street, Buffalo, New York 14211 and I have never maintained an office in the State of Illinois, personally or on behalf of Royal Bedding, Jackson Mattress or Sleep Alliance.

5. I personally, or on behalf of Royal Bedding, Jackson Mattress or Sleep Alliance, do not, and have never sold any products or conducted any business in the State of Illinois.

6. I personally, or on behalf of Royal Bedding, Jackson Mattress or Sleep Alliance, do not, and have never done any advertising in the State of Illinois.

7. At all relevant times, I personally, or on behalf of Royal Bedding, Jackson Mattress or Sleep Alliance, do not, and have never owned any real estate in the State of Illinois.

8. At all relevant times, I personally, or on behalf of Royal Bedding, Jackson Mattress or Sleep Alliance, do not, and have never owned any bank accounts in the State of Illinois.

9. At all relevant times, I personally, or on behalf of Royal Bedding, Jackson Mattress or Sleep Alliance, are not, and have never been liable for any State of Illinois income taxes.

10. On any visits to the State of Illinois, I have not conducted any business on behalf of Royal Bedding, Jackson Mattress or Sleep Alliance to sell products in the State of Illinois or attend meetings to sell mattresses in the State of Illinois.

11. At all relevant times, neither I nor anyone on behalf of Royal Bedding, Jackson Mattress or Sleep Alliance, have made or performed a contract or promise in the State of Illinois for the sale of mattresses in Illinois.

12. Royal Bedding, Jackson Mattress or Sleep Alliance have not performed any acts, tortious or otherwise, in the State of Illinois.

13. Sleep Alliance, Royal Bedding, Jackson Mattress and Mr. Comer, on their behalf, are not registered to conduct business in the State of Illinois nor do they have a registered agent in the State of Illinois.

THOMAS J. COMER, JR.

Subscribed and Sworn to before me this

19TH day of MARCH, 2008.

Arlene Wisniewski
Notary Public

ARLENE WISNIEWSKI
No. 01WI4787333
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 12/31/2009