UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROYAL SLEEP PRODUCTS, INC.,<br>a Florida Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESTONIC CORPORATION,<br>an Illinois Corporation,<br>RESTONIC MATTRESS CORPORATION,<br>an Illinois Corporation,<br>SLEEP ALLIANCE, LLC,<br>a Delaware Limited Liability Company,<br>ROYAL BEDDING COMPANY OF<br>BUFFALO,<br>a New York Corporation,<br>JACKSON MATTRESS CO. LLC,<br>a North Carolina Limited Liability Company,<br>CONTINENTAL SILVERLINE<br>PRODUCTS L.P.,<br>a Texas Limited Partnership,<br>STEVENS MATTRESS<br>MANUFACTURING CO.,<br>a North Dakota Corporation,<br>THOMAS J. COMER, JR., an individual,<br>DREW ROBINS, an individual, and<br>RICHARD STEVENS, an individual,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:07-CV-06588 |

**#3**
**AFFIDAVIT OF ROYAL BEDDING COMPANY OF BUFFALO**

I, Thomas J. Comer, Jr., the authorized representative of Royal Bedding Company of Buffalo, being of sound mind and legal age, if called to testify, will state as follows:

2. I am the CEO and owner of Royal Bedding Company of Buffalo.

3. Royal Bedding Company of Buffalo's business address and headquarters is located at 19 Doat Street, Buffalo, New York 14211 and Royal Bedding has never maintained an office or place of business in the State of Illinois.

4. Royal Bedding Company of Buffalo does not, and has never sold any products or conducted any of its business in the State of Illinois.

5. Royal Bedding Company of Buffalo does not, and has never done any advertising in the State of Illinois.

6. Royal Bedding Company of Buffalo does not, and has never owned any real estate in the State of Illinois.

7. Royal Bedding Company of Buffalo does not, and has never owned any bank accounts in the State of Illinois.

8. Royal Bedding Company of Buffalo is not, and has never been liable for any State of Illinois income taxes.

9. Royal Bedding Company of Buffalo, through its representatives, has never visited the State of Illinois for the purpose of selling products or mattresses in the State of Illinois.

10. Royal Bedding Company of Buffalo has never made or performed a contract or promise in the State of Illinois for the sale of any products.

11. Royal Bedding Company of Buffalo has not performed any acts, tortious or otherwise, in the State of Illinois.

12. Royal Bedding Company of Buffalo is not licensed or registered to do business in the State of Illinois, nor do they have a registered agent in the State of Illinois.

_____
THOMAS J. GOMER, JR., authorized representative
of Royal Bedding Company of Buffalo


Subscribed and Sworn to before me this

_19TH_ day of _MARCH_, 2008.

_Arlene Wisniewski_
Notary Public

ARLENE WISNIEWSKI
No. 01WI4787333
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 12/31/2009

3