UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROYAL SLEEP PRODUCTS, INC.,<br>a Florida Corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>RESTONIC CORPORATION,<br>an Illinois Corporation,<br>RESTONIC MATTRESS CORPORATION,<br>an Illinois Corporation,<br>SLEEP ALLIANCE, LLC,<br>a Delaware Limited Liability Company,<br>ROYAL BEDDING COMPANY OF<br>BUFFALO,<br>a New York Corporation,<br>JACKSON MATTRESS CO. LLC,<br>a North Carolina Limited Liability Company,<br>CONTINENTAL SILVERLINE<br>PRODUCTS L.P.,<br>a Texas Limited Partnership,<br>STEVENS MATTRESS<br>MANUFACTURING CO.,<br>a North Dakota Corporation,<br>TOM COMER, JR., an individual,<br>DREW ROBINS, an individual, and<br>RICHARD STEVENS, an individual,<br><br>　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:07-CV-06588 |

#4
**AFFIDAVIT OF JACKSON MATTRESS COMPANY**

I, Thomas J. Comer, Jr., the authorized representative of Jackson Mattress Company, being of sound mind and legal age, if called to testify, will state as follows:

1.　　My name is Thomas J. Comer, Jr., and I am a resident and citizen of the State of New York.

2.　　I am the CEO and owner of Jackson Mattress Company.

3.      Jackson Mattress Company's business address and headquarters is located at 3154 Camden Road, Fayetteville, North Carolina 28306 and Jackson Mattress has never maintained an office or place of business in the State of Illinois.

4.      Jackson Mattress Company does not, and has never sold any products or conducted any of its business in the State of Illinois.

5.      Jackson Mattress Company does not, and has never done any advertising in the State of Illinois.

6.      Jackson Mattress Company does not, and has never owned any real estate in the State of Illinois.

7.      Jackson Mattress Company does not, and has never owned any bank accounts in the State of Illinois.

8.      Jackson Mattress Company is not, and has never been liable for any State of Illinois income taxes.

9.      Jackson Mattress, through its representatives, has never visited the State of Illinois for the purpose of selling products or mattresses in the State of Illinois.

10.     Jackson Mattress company has never made or performed a contract or promise in the State of Illinois for the sale of any products in the State Illinois.

11.     Jackson Mattress has not performed any acts, tortious or otherwise, in the State of Illinois.

12.    Jackson Mattress is not licensed or registered to conduct business in the State of Illinois, nor do they have a registered agent in the State of Illinois.

THOMAS J. COMER, JR., authorized
representative of Jackson Mattress Company

Subscribed and Sworn to before me this

M9TH day of MARCH_____, 2008.

Notary Public

ARLENE WISNIEWSKI
NO. 01WI4787333
Notary Public  State of New York
Qualified in Erie County
My Commission Expires 12/31/2009

3