UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROYAL SLEEP PRODUCTS, INC., a Florida Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>RESTONIC CORPORATION, an Illinois Corporation, RESTONIC MATTRESS CORPORATION, an Illinois Corporation, SLEEP ALLIANCE, LLC, a Delaware Limited Liability Company, ROYAL BEDDING COMPANY OF BUFFALO, a New York Corporation, JACKSON MATTRESS CO. LLC, a North Carolina Limited Liability Company, CONTINENTAL SILVERLINE PRODUCTS L.P., a Texas Limited Partnership, STEVENS MATTRESS MANUFACTURING CO., a North Dakota Corporation, TOM COMER, JR., an individual, DREW ROBINS, an individual, and RICHARD STEVENS, an individual,<br><br>        Defendants. | Case No. 07 C 6588<br><br>Hon. Rebecca R. Pallmeyer<br><br>Magistrate Judge Valdez |

## AFFIDAVIT OF RICHARD STEVENS, INDIVIDUALLY

The undersigned, Richard Stevens, being duly sworn and under oath, hereby states the following:

1.    My name is Richard Stevens.

2.    I am over the age of twenty-one (21) years, of sound mind, and am not under any legal or other disability which would prevent me from making this Affidavit. I am fully competent to testify as to the matters stated herein, and the following facts are within my personal knowledge and are true and correct.

3.    I am a citizen and resident of the state of North Dakota.

4.    I currently reside in Fargo, North Dakota and have done so for the past 32 years.

5.    I have not committed a tort, in whole or in part, in Illinois.

EXHIBIT C

6.      I do not maintain personal offices in Illinois, and have never maintained offices in Illinois.

7.      I do not have a personal telephone, post office address or post office box in Illinois, and never have had any in that state.

8.      I do not own or lease assets in Illinois, do not possess a certificate of authority from the Secretary of State of Illinois to transact business in Illinois, have never owned or leased assets in Illinois, and have never had a certificate of authority from the Secretary of State of Illinois to transact business in that state.

9.      I do not file any tax returns with the State of Illinois.

10.     I do not have systematic and continuous contacts with the state of Illinois.  If I have had any contact with any resident or business in Illinois, these contacts have been isolated and not related to the subject matter of the dispute.

11.     At all times relevant to Plaintiff's Complaint, I was not a shareholder or director in Restonic Corporation or Restonic Mattress Corporation.

FURTHER THE AFFIANT SAYETH NOT.

_____
Richard Stevens

SUBSCRIBED AND SWORN to before
me this _____ day of March, 2008.

_____
Notary Public

CHICAGO\2421868.2
ID\MBFI

ILLA ENGEL
NOTARY PUBLIC
STATE OF NORTH DAKOTA
My Commission Expires: Sept. 30, 2010