UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROYAL SLEEP PRODUCTS, INC., a Florida Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>RESTONIC CORPORATION, an Illinois Corporation, RESTONIC MATTRESS CORPORATION, an Illinois Corporation, SLEEP ALLIANCE, LLC, a Delaware Limited Liability Company, ROYAL BEDDING COMPANY OF BUFFALO, a New York Corporation, JACKSON MATTRESS CO. LLC, a North Carolina Limited Liability Company, CONTINENTAL SILVERLINE PRODUCTS L.P., a Texas Limited Partnership, STEVENS MATTRESS MANUFACTURING CO., a North Dakota Corporation, TOM COMER, JR., an individual, DREW ROBINS, an individual, and RICHARD STEVENS, an individual,<br><br>    Defendants. | Case No. 07 C 6588<br><br>Hon. Rebecca R. Pallmeyer<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:   Counsel Listed on attached Certificate of Service

**PLEASE TAKE NOTICE** that on **Thursday, March 27, 2008** at **8:45 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Rebecca R. Pallmeyer** or any judge sitting in her stead in **Room 2119** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present **Defendants, Stevens Mattress Manufacturing Co. And Richard Stevens, Motion To Dismiss Pursuant To Rule 12(B)(2) Of The Federal Rules Of Civil Procedure**, a copy of which has been served upon you via the ECF filing system.

Dated:  March 20, 2008            Respectfully submitted,

| | |
|---|---|
| Thomas R. Hill, ARDC No. 6191291<br>Michelle B. Fisher, ARDC No. 6277061<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700 | By:   */s/Michelle B. Fisher*<br>One of the Attorneys for Defendants,<br>STEVENS MATTRESS MANUFACTURING CO. and RICHARD STEVENS |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2008, I electronically filed **Defendants, Stevens Mattress Manufacturing Co. And Richard Stevens, Motion To Dismiss Pursuant To Rule 12(B)(2) Of The Federal Rules Of Civil Procedure** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

*Counsel for Plaintiff*
**Royal Sleep Products, Inc.**
    Brian Ira Tanenbaum, Esq.
    John A. Benson, Jr., Esq.
    THE LAW OFFICES OF BRIAN IRA
      TANENBAUM
    2970 Maria Avenue
    Suite 207
    Northbrook, IL  60062
    Phone:  847.562-1636
    Fax:  847.562-1637
    Email: brian@bitlaw.org
    Email: john@bitlaw.org

*Additional Counsel for Plaintiff*
**Royal Sleep Products, Inc.**
    Robert Zarco, Esq.
    Melissa L. Bernheim, Esq.
    ZARCO EINHORN SALKOWSKI & BRITO, P.A.
    Bank of America Tower
    100 S.E. Second Street
    Suite 2700
    Miami, FL  33131
    Phone:  305.374-5418
    Fax:  305.374-5428

*Counsel for Defendants*
**Restonic Corporation** and **Restonic Mattress Corporation**
    Frederic A. Mendelsohn, Esq.
    Kimberly A. Cloud, Esq.
    BURKE, WARREN, MACKAY &
      SERRITELLA PC
    330 North Wabash Avenue
    22nd Floor
    Chicago, IL  60611
    Phone:  312.840-7000
    Fax:  312.840-7900
    Email: fmendelsohn@burkelaw.com

*Counsel for Defendants*
**Sleep Alliance, LLC, Royal Bedding Company of Buffalo, Jackson Mattress Co. LLC, Continental Silverline Products L.P., Tom Comer, Jr.** and **Drew Robins**
    Glen E. Amundsen, Esq.
    Thomas James Lyman, III, Esq.
    SMITH & AMUNDSEN, L.L.C.
    150 North Michigan Avenue
    Suite 3300
    Chicago, IL  60601
    Phone:  312.894-3200
    Fax:  312.894-3210
    Email: gamundsen@salawus.com
    Email: tlyman@salawus.com

        */s/ Michelle B. Fisher*
        Michelle B. Fisher