UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROYAL SLEEP PRODUCTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RESTONIC CORPORATION; RESTONIC ) <br> MATTRESS CORPORATION; SLEEP ) <br> ALLIANCE, LLC; ROYAL BEDDING ) <br> COMPANY OF BUFFALO; JACKSON ) <br> MATTRESS CO. LLC; CONTINENTAL ) <br> SILVERLINE PRODUCTS L.P.; STEVENS ) <br> MATTRESS MANUFACTURING CO.; TOM ) <br> COMER, JR.; DREW ROBINS; and RICHARD ) <br> STEVENS, ) <br> ) <br> Defendants. ) | Case No. 07 C 6588 <br><br> Judge Pallmeyer <br> Magistrate Judge Valdez |

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed the **Answer and Affirmative Defenses of Restonic Corporation and Restonic Mattress Corporation to Plaintiff's Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

*Counsel for Plaintiff*
**Royal Sleep Products, Inc.**

Brian I. Tanenbaum
John A. Benson, Jr.
The Law Offices of Brian Ira Tanenbaum
2970 Maria Avenue, Suite 207
Northbrook, IL 60062
847-562-1637 fax
brian@bitlaw.org
john@bitlaw.org

*Counsel for Defendants*
**Stevens Mattress Manufacturing Co.**
**Richard Stevens**

Thomas R. Hill
Michelle B. Fisher
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
866-562-8082 (fax)
thill@dykema.com
mfisher@dykema.com

13414\00001\459962.1

*Counsel for Defendants*
**Sleep Alliance, LLC; Royal Bedding Company of Buffalo; Jackson Mattress Co. LLC; Continental Silverline Products, L.P.; Tom Comer, Jr.; Drew Robins**

Glen E. Amundsen
Thomas J. Lyman, III
Smith & Amundsen, L.L.C.
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
312-894-3210 (fax)
gamundsen@salawus.com
tlyman@salawus.com

and by depositing same with the U.S. mail, postage prepaid, before the hour of 5:00 p.m. to:

Robert Zarco
Melissa L. Bernheim
Zarco Einhorn Salkowski, P.A.
Bank of America Tower
100 S.E. Second Street, Suite 2700
Miami, FL 33131
305-374-5428 (fax)
mbernheim@zarcolaw.com

By: s/ Frederic A. Mendelsohn
    Frederic A. Mendelsohn, 6193281
    Kimberly A. Cloud, 6278478
     Attorneys for Defendants, Restonic
     Corporation and Restonic Mattress
     Corporation
    Burke, Warren, MacKay & Serritella, P.C.
    330 N. Wabash Avenue, 22nd Floor
    Chicago, Illinois 60611
    Phone: 312-840-7000
    Fax: 312-840-7900
    fmendelsohn@burkelaw.com
    kcloud@burkelaw.com