# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ROYAL SLEEP PRODUCTS, INC.,
a Florida Corporation,

    Plaintiff,

vs.                                                                 **Case No.: 1:07-cv- 06588**

RESTONIC CORPORATION,                                Judge Pallmeyer
a Delaware Corporation,                              Magistrate Judge Valdez
RESTONIC MATTRESS CORPORATION,
an Illinois Corporation
SLEEP ALLIANCE, LLC,
a Delaware Limited Liability Company,
ROYAL BEDDING COMPANY OF BUFFALO,
a New York Corporation,
JACKSON MATTRESS CO. LLC,
a North Carolina Limited Liability Company
CONTINENTAL SILVERLINE PRODUCTS L.P.,
a Texas Limited Partnership,
STEVENS MATTRESS MANUFACTURING CO.,
a North Dakota Corporation
TOM COMER, JR., an individual,
DREW ROBINS, an individual, and
RICHARD STEVENS, an individual

    Defendants.
_____/

## REPORT OF PARTIES PLANNING MEETING

    1.    **Meeting.**    On February 13, 2008, a mediation of the parties was held in Atlanta, Georgia. The mediation was attended by the following individuals:

        For the Plaintiff:                            Robert Zarco
                                                                   Robert Salkowski

        For Defendants Restonic and
        Restonic Mattress Corporation:          Craig McCrohon

        For Defendant Sleep Alliance, LLC:
        Royal Bedding Company of Buffalo,
        Jackson Mattress Co., LLC, Continental
        Silverline Products, L.P., Drew Robins and
        Tom Comer:

                                                             Thomas J. Lyman, III
                                                              Andrew Friedberg
                                                               Charles Powell

In addition, pursuant to Fed.R.Civ.P.26(f), a telephonic meeting was held on March 19, 2008. The following individuals participated in the telephonic conference:

        For the Plaintiff:                         Melissa Bernheim

        For Defendants Restonic and
        Restonic Mattress Corporation:          Frederick Mendelsohn

        For Defendant Sleep Alliance, LLC:
        Royal Bedding Company of Buffalo,
        Jackson Mattress Co., LLC, Continental
        Silverline Products, L.P., Drew Robins and
        Tom Comer:

                                                             Thomas J. Lyman, III
                                                              Andrew Friedberg

        For Defendants Stevens Manufacturing
        Co., LLC and Richard Stevens:            Thomas R. Hill

    2.    **Pre-Trial Schedule**. The parties jointly propose to the court the following discovery plan:

        a.    Discovery will be needed on the following subjects:

            1.    The business and legal relationships amongst the parties.

            2.    The formation of the Sleep Alliance and/or governance of the Restonic business.

        3.        The potential business transactions between Sleep Alliance and the Plaintiff.

        4.        Whether Restonic breached any alleged agreements with the Plaintiff.

        5.        Whether certain parties owe fiduciary duties to each other and whether those duties were breached.

        6.        Whether business opportunities with certain third parties existed and, if so, whether certain parties interfered with these opportunities.

        7.        Whether any defamatory comments were made and whether those comments caused damage to the Plaintiff.

        8.        As to all of the former liability-based issues, whether any of these alleged causes of action caused damage to the Plaintiff and, if so, how much.

b.        Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) will be made by May 9, 2008. All discovery will be commenced in time to be completed by September 1, 2009.

c.        The Parties expect they will need approximately 20 depositions (currently, depositions are anticipated in multiple states including Florida, Texas, New York and North Dakota).

d.        All reports from retained experts under Rule 26(a)(2) will be due on the following dates:

        1.        From the Plaintiff on May 1, 2009.

        2.        From the Defendants on July 1, 2009.

e.        The Parties should be allowed until May 8, 2008 to join additional parties and to amend the pleadings.

f.        All potentially dispositive motions will be filed by October 1, 2009.

g.        Final Pretrial Order: Plaintiff to prepare proposed draft by November 6, 2009; Parties to file joint final pretrial order by November 20, 2009.

h.        The case should be ready for trial by December 1, 2009 and at this time is expected to take approximately ten (10) court days.

3.      **Settlement.**   At least 14 days prior to the Rule 16(b) scheduling conference, Plaintiff is directed to make a written settlement demand to the Defendants.  At least 7 days prior to the scheduling conference, Defendants are to respond in writing to the Plaintiff's settlement demand.

4.      **Consent.**      Parties do not consent unanimously to proceed before a Magistrate Judge.


Dated:          March 24, 2008

                **ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
                *Counsel for Plaintiff*
                100 S.E. 2nd Street
                Suite 2700
                Miami, Florida 33131

                By:/s/ Robert Salkowski
                    Robert Zarco, Esq.
                    Fla. Bar No. 502138
                    Robert F. Salkowski., Esq.
                    Florida Bar No. 903124
                    Melissa L. Bernheim, Esq.
                    Florida Bar No. 0623059
                    (All admitted *Pro Hac Vice*)

                **LAW OFFICES OF BRIAN IRA TANENBAUM, LTD.**
                *Counsel for Plaintiff*
                2970 Maria Avenue, Suite 207
                Northbrook, Ill. 60062

                By: /s/ Brian Ira Tanenbaum
                     Brian Ira Tanenbaum, Esq.
                     Illinois Bar No. 6181447

                **BURKE, WARREN, MACKAY & SERRITELLA, PC**
                *Counsel for Defendants Restonic Corporation and*
                *Restonic Mattress Corporation*
                330 North Wabash Avenue, 22nd Floor
                Chicago, IL 60611

                By: /s/ Frederic A. Mendelson
                     Frederic A. Mendelson, Esq.
                     Illinois Bar No. 6193281
                     Craig McCrohon
                     Illinois Bar No.

**DYKEMA GOSSETT PLLC**
*Counsel for Defendants Stevens Mattress Manufacturing Co.*
*And Richard Stevens*
10 South Wacker Drive, Suite 2300
Chicago, IL 60606

By: /s/ Thomas R. Hill
    Thomas R. Hill, Esq.
    Illinois Bar No. 6191291
    Michelle Fisher, Esq.
    Illinois Bar No. 6277061

**SMITH & AMUNDSEN, L.L.C.**
*Counsel for Defendants Sleep Alliance,*
*Royal Bedding Company of Buffalo,*
*Jackson Mattress Co., LLC,*
*Continental SilverlineProducts L.P.,*
*Tom Comer, Jr., and Drew Robins*
150 North Michigan Avenue, Suite
Chicago, IL 60601.

By: /s/ Thomas James Lyman, III
    Thomas James Lyman, III, Esq.
    Illinois Bar No.  6194687

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day caused a true and correct copy of this Report of Parties Planning Meeting, to be served upon the parties listed on the attached service list according to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D).

                                              By:  /s/ Brian Ira Tanenbaum
                                                        BRIAN IRA TANENBAUM

**SERVICE LIST**

Frederic A. Mendelson, Esq.
Craig McCrohon, Esq.
Burke, Warren, MacKay & Serritella, PC
330 North Wabash Avenue, 22nd Floor
Chicago, IL 60611
***Counsel for Restonic Corporation and
Restonic Mattress Corporation***
**fmendelsohn@burkelaw.com**

Glenn E. Amundsen, Esq.
Thomas James Lyman, III, Esq.,
Smith & Amundsen, L.L.C.
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601.
***Counsels for Sleep Alliance, LLC.,
Royal Bedding Company
 of Buffalo,
Jackson Mattress Co., LLC,
Continental Silverline Products L.P.,
Tom Comer, Jr., and Drew Robins***
**gamundsen@salawus.com**
**tylman@salawus.com**

Thomas R. Hill, Esq.
Michelle Fisher, Esq.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
***Counsel for Stevens Mattress Manufacturing Co.
and Richard Stevens***
**thill@dykema.com**
**mfisher@dykema.com**