# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6588 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Royal Sleep Products, Inc vs. Restonic Corporation, et al | | |

**DOCKET ENTRY TEXT**

Motions to dismiss for lack of jurisdiction [36, 38, 40] entered and continued to 4/3/2008 at 9:00. Discovery is stayed for one week. Rule 16 conference reset to 4/3/2008 at 9:00.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|