# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6588 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Royal Sleep Products, Inc. vs. Restonic Corporation, et al | | |

**DOCKET ENTRY TEXT**

Rule 16 conference held. Rule 26(a)(1) disclosures to be made by 5/9/2008. Discovery on personal jurisdiction to close 6/6/2008. All discovery to be completed by 9/1/2009. Reports from retained experts under Rule 26(a)(2) due from Plaintiff on 5/1/2009; from Defendants on 7/1/2009. Parties are allowed until 5/8/2008 to join additional parties and to amend the pleadings. Dispositive motions due 10/1/2009. Plaintiff to prepare proposed PTO draft by 11/6/2009; Joint Final Pretrial Order due 11/20/2009. Status hearing set for 6/5/2008 at 9:00. Motions to dismiss [36, 38, 40] entered and continued; briefing schedule to be set when discovery is complete on personal jurisdiction issues.

Notices mailed by Judicial staff.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|