## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ROYAL SLEEP PRODUCTS, INC.,
a Florida Corporation,

      Plaintiff,

vs.                                                                      **Case No.: 1:07-cv- 06588**

RESTONIC CORPORATION,                                Hon. Rebecca R. Pallmeyer
a Delaware Corporation,
RESTONIC MATTRESS CORPORATION,          Magistrate Judge Valdez
an Illinois Corporation
SLEEP ALLIANCE, LLC,
a Delaware Limited Liability Company,
ROYAL BEDDING COMPANY OF BUFFALO,
a New York Corporation,
JACKSON MATTRESS CO. LLC,
a North Carolina Limited Liability Company
CONTINENTAL SILVERLINE PRODUCTS L.P.,
a Texas Limited Partnership,
STEVENS MATTRESS MANUFACTURING CO.,
a North Dakota Corporation
TOM COMER, JR., an individual,
DREW ROBINS, an individual, and
RICHARD STEVENS, an individual

      Defendants.

_____/

## <u>NOTICE OF MOTION</u>

To: See Attached Service List

PLEASE TAKE NOTICE THAT on Wednesday, June 4, 2008 at 8:45 a.m., we shall appear before the Honorable Judge Rebecca R. Pallmeyer in Room 2119, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached **Consent Motion for Extension of Time to Complete Personal Jurisdiction Discovery and For Postponement of June 5, 2008 Status Conference** on behalf of Royal Sleep Products, Inc.; a copy of which is served upon you.

Respectfully submitted,

**ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
*Counsel for Plaintiff*
100 S.E. 2nd Street
Suite 2700
Miami, Florida 33131

By: /s/ Robert Salkowski
    Robert Zarco, Esq.
    Fla. Bar No. 502138
    Robert F. Salkowski., Esq.
    Florida Bar No. 903124
    Melissa L. Bernheim, Esq.
    Florida Bar No. 0623059
    (All admitted *Pro Hac Vice*)

    *and*

**LAW OFFICES OF BRIAN IRA TANENBAUM, LTD.**
*Counsel for Plaintiff*
2970 Maria Avenue, Suite 207
Northbrook, Ill. 60062

By: /s/ Brian Ira Tanenbaum
    Brian Ira Tanenbaum, Esq.
    Illinois Bar No. 6181447

## <u>CERTIFICATE OF SERVICE</u>

I, Brian Ira Tanenbaum, after being duly sworn on oath, depose and state that I served this Notice and Motion, to the attorney(s) named below pursuant to ECF and shall comply with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User I on May 27th, 2008.

By: /s/ Brian Ira Tanenbaum
BRIAN IRA TANENBAUM

| | |
|---|---|
| Frederic A. Mendelson, Esq.<br>Kimberly A. Cloud, Esq.<br>Burke, Warren, MacKay & Serritella, PC<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, IL 60611<br>**Counsel for Restonic Corporation and Restonic Mattress Corporation** | Glenn E. Amundsen, Esq.<br>Thomas J. Lyman, III, Esq.<br>Smith & Amundsen, L.L.C.<br>150 North Michigan Avenue, Suite 3300<br>Chicago, IL 60601<br>**Counsel for Continental Silverline Products, L.P., Jackson Mattress Co. LLC, Royal Bedding Company of Buffalo**<br>**Sleep Alliance, LLC, Drew Robins and Tom Comer, Jr.** |
| Thomas R. Hill, Esq.<br>Michelle Fisher, Esq.<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br><br>Daniel L. Gaustad, Esq.<br>Pearson Christenson & Clapp, PLLP<br>735 Hill Avenue<br>P.O. Box 352<br>Grafton, ND 58237<br>**Counsel for Stevens Mattress Manufacturing Co. and Richard Stevens** | Andrew Friedberg, Esq.<br>William P. Maines, Esq.<br>Chuck Powell, Esq.<br>Fulbright & Jaworski, LLP<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010<br>**Counsel for Continental Silverline Products L.P. and Drew Robins** |