# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6588 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Royal Sleep Products, Inc vs. Restonic Corporation, et al | | |

**DOCKET ENTRY TEXT**

Consent motion for extension of time to complete personal jurisdiction discovery and for postponement of June 5, 2008 status conference [50] granted. Deadline for completion of personal jurisdiction discovery extended to 7/7/2008. Status hearing set for 6/5/2008 is stricken and reset to 7/14/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|