# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6588 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Royal Sleep Products, Inc vs. Restonic Corporation, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/14/2008. Plaintiff's response to motions to dismiss [36, 38, 40] to be filed by or on 8/25/2008; reply 9/16/2008; ruling set for 10/8/2008 at 9:30.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|