```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3
                                          ORIGINAL
 4
    ROYAL SLEEP            )
 5  PRODUCTS, INC., a      )
    Florida Corporation,   )
 6                         )
              Plaintiff,   )
 7                         )
         vs.               ) No. 07 C 6588
 8                         )
    RESTONE CORPORATION,   )
 9  an Illinois            )
    Corporation, et al.,   )
10                         )
              Defendants.  )
11

12

13       The deposition of STEPHEN RUSSO, called

14  by the Plaintiff for examination, pursuant to

15  notice and pursuant to the Federal Rules of

16  Civil Procedure for the United States

17  District Courts pertaining to the taking of

18  depositions, taken before Laura E. Locascio,

19  Certified Shorthand Reporter and Notary

20  Public in and for the County of Cook, State

21  of Illinois, at 330 North Wabash Avenue,

22  Chicago, Illinois commencing at 1:40 p.m. on

23  the 14th day of July, A.D., 2008.

24
```

EXHIBIT C

Case 1:07-cv-06588   Document 56-4   Filed 08/25/2008   Page 2 of 18

Deposition of Stephen Russo                               Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1   APPEARANCES:
 2
 3       ZARCO EINHORN SALKOWSKI & BRITO
 4       BY:  MR. ROBERT F. SALKOWSKI
 5            Bank of America Tower
 6            100 SE 2nd Street
 7            27th Floor
 8            Miami, Florida  33131
 9            Phone:  305-374-5418
10                On behalf of the Plaintiff;
11
12       BURKE, WARREN, McKAY & SERRITELLA, PC
13       BY:  MR. FREDERIC A. MENDELSOHN
14            IBM Plaza
15            330 North Wabash Avenue
16            Suite 2200
17            Chicago, Illinois  60611
18            Phone:  312-840-7004
19                On behalf of the Defendants,
20                Restonic Corporation and
21                Restonic Mattress Corporation;
22
23
24
```

Case 1:07-cv-06588　　Document 56-4　　Filed 08/25/2008　　Page 3 of 18

Deposition of Stephen Russo　　　　　　　　　　　Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1   APPEARANCES:   (CONT'D)
 2
 3       SMITH AMUNDSEN, LLC
 4       BY:   MR. THOMAS J. LYMAN, III
 5             150 North Michigan Avenue
 6             Suite 3300
 7             Chicago, Illinois  60601
 8             Phone:  312-894-3241
 9                 On behalf of the Defendants,
10                 Sleep Alliance, LLC; Royal
11                 Bedding Company of Buffalo,
12                 Jackson Mattress Co, LLC; and
13                 Tom Comer;
14
15       PEARSON CHRISTENSEN & CLAPP
16       BY:   MR. DANIEL L. GAUSTAD
17             645 Hill Avenue
18             Grafton, North Dakota  58237
19             Phone:  701-352-3262
20                 Appearing telephonically on
21                 behalf of the Defendants,
22                 Stevens Mattress Manufacturing
23                 Co. and Richards Stevens;
24
```

Case 1:07-cv-06588   Document 56-4   Filed 08/25/2008   Page 4 of 18

Deposition of Stephen Russo                                  Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1   APPEARANCES:    (CONT'D)
 2
 3
 4        FULBRIGHT & JAWORSKI, LLP
 5        BY:   MR. ANDREW FRIEDBERG
 6              1301 McKinney Street
 7              Houston, Texas   77010
 8              Phone:   713-651-5151
 9                  Appearing telephonically on
10                  behalf of the Defendants,
11                  Continental Silverline
12                  Products, L.P. and Drew Robins.
13
14
15              *    *    *    *    *    *
16
17
18
19
20
21
22
23
24
```

Case 1:07-cv-06588    Document 56-4    Filed 08/25/2008    Page 5 of 18

Deposition of Stephen Russo                               Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1                    I N D E X
 2   WITNESS                                        PAGE
 3   STEPHEN RUSSO
 4   MR. SALKOWSKI                                   6
 5   MR. LYMAN                                      65
 6   MR. GAUSTAD                                    66
 7
 8
 9
10              E X H I B I T S
11
12   DEPOSITION EXHIBIT                             PAGE
13
14         (No exhibits were marked.)
15
16
17
18
19
20
21
22
23
24
```

Case 1:07-cv-06588    Document 56-4    Filed 08/25/2008    Page 6 of 18

Deposition of Stephen Russo                                Royal Sleep Products, Inc. vs. Restonic Corporation

1  would give the various licensees under the
2  license agreements?
3  A     As the president of Restonic?
4  Q     Yes.
5  A     No.
6  Q     Have you done any type of -- have you
7  performed any type of support on behalf of
8  Sleep Alliance outside your role as president
9  of Restonic?
10 A     I facilitated a meeting for Sleep
11 Alliance.
12 Q     What was the nature of that meeting, sir?
13 A     It was a business planning meeting they
14 had.
15 Q     Do you know when that was?
16 A     Not exactly.  It was last year.
17 Q     Do you recall if it was in October of
18 2007 at the Sofitel Hotel?
19 A     That sounds familiar.
20 Q     What was the reason why -- first of all,
21 who asked you to facilitate the meeting for
22 Sleep Alliance?
23 A     Mr. Comer did.
24 Q     This was at the Sofitel Hotel here in

Case 1:07-cv-06588   Document 56-4   Filed 08/25/2008   Page 7 of 18

Deposition of Stephen Russo                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1  typically pay Apollo Solutions for the
 2  facilitation of these meetings?
 3  A      If there are -- if they become ongoing
 4  engagements.
 5  Q      Is the work Apollo Solutions performs on
 6  behalf of its customers limited to facilitating
 7  meetings in the bedding industry, or is it any
 8  type of industry?
 9  A      Any type of industry.
10  Q      With respect to the meeting that occurred
11  in the Sofitel Hotel in Chicago last year, do
12  you recall who was in attendance at that
13  meeting?
14  A      I recall some of the participants, but I
15  may not recall all of the participants.
16  Q      Who do you recall?
17  A      Mr. Comer was present.  Ms. Laurie
18  Tokarz.  Mr. Robins was present.  A fellow by
19  the name of Ken Akers.  A fellow by the name of
20  Brent Ford.
21         And there were two representatives
22  of a firm that they were working with,
23  Mann Epperson.  But I don't recall their first
24  names, though.
```

Deposition of Stephen Russo                                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1  Q      Do you know how long that Sleep Alliance
 2  meeting that was held in October of '07 lasted?
 3  Was it a day?  Was it two days?
 4  A      I think it was a day approximately.
 5  Q      Do you know why the Sleep Alliance
 6  elected to hold its meeting here in Chicago, as
 7  opposed to elsewhere?
 8  A      In working on the planning of the
 9  meeting, I think it was the -- there would be a
10  central location for all parties to be able to
11  come to.
12  Q      Other than the meeting that occurred in
13  October of '07 here in Chicago, are you aware
14  of any other meeting in which Sleep Alliance
15  conducted here in Illinois?
16  A      No.
17  Q      Now, sir, I want to talk briefly just for
18  background information about the manner in
19  which Restonic Corporation and Restonic
20  Mattress Corporation is structured.  You have
21  shareholders, correct?
22  A      Yes, we do.
23  Q      Currently do you know who those
24  shareholders are?
```

Case 1:07-cv-06588   Document 56-4   Filed 08/25/2008   Page 9 of 18

Deposition of Stephen Russo                Royal Sleep Products, Inc. vs. Restonic Corporation

| | |
|---|---|
| 1 | A       I know in general the shareholders, but I |
| 2 | don't know specifically. |
| 3 | Q       I just want to run down some names here |
| 4 | that are relevant to this action.  And let's |
| 5 | see if you know they're a shareholder or not. |
| 6 | Mr. Comer? |
| 7 | A       I believe Mr. Comer's companies, I |
| 8 | believe, are shareholders. |
| 9 | Q       That includes Royal Bedding or Jackson |
| 10 | Mattress.  Do you believe either one of those |
| 11 | may be shareholders? |
| 12 | A       I've seen those names on shareholder |
| 13 | records. |
| 14 | Q       How about Richard Stevens, do you know if |
| 15 | he is a shareholder, either he or Stevens |
| 16 | Mattress? |
| 17 | A       I believe they are, yes. |
| 18 | Q       Drew Robins or Continental Silverline, do |
| 19 | you know if they are shareholders? |
| 20 | A       I believe, yes. |
| 21 | Q       Gary Robinson or his company, do you |
| 22 | know? |
| 23 | A       I believe so, yes. |
| 24 | Q       The Sleep Alliance, do you know whether |

Case 1:07-cv-06588   Document 56-4   Filed 08/25/2008   Page 10 of 18

Deposition of Stephen Russo                    Royal Sleep Products, Inc. vs. Restonic Corporation

1  or not they are share -- or it is a shareholder
2  of Restonic?
3  A      I believe it to be so.  But I don't
4  recall personally having seen those records
5  yet.
6  Q      In addition to the shareholders, Restonic
7  also has a board of directors, correct?
8  A      Restonic Corporation has a board of
9  directors.  And Restonic Mattress Corporation
10 have a board of directors.  There are two
11 separate boards of directors.
12 Q      Are any of the people who are the
13 directors for Restonic Corporation also
14 directors for Restonic Mattress Corporation?
15 A      Today, yes.  In the past, no.
16 Q      What director who sits on the board of
17 directors for Restonic Corporation is also a
18 director for Restonic Mattress Corporation?
19 A      Tom Comer.
20 Q      How long has Mr. Comer sat as a director
21 on both of these boards?
22 A      From the point in which the Restonic
23 Corporation board was elected at the end of
24 last year.  So it would be -- I think the

Deposition of Stephen RussoRoyal Sleep Products, Inc. vs. Restonic Corporation

```
 1  meeting was December 29th or 30th of last year.
 2  Q      December 29th or 30th of '07?
 3  A      Correct.
 4  Q      Prior to December of '07, did Mr. Comer
 5  also sit on one of the boards?
 6  A      He was on the Restonic Mattress
 7  Corporation board from December of '06.
 8  Q      Who nominated Mr. Comer, if you know, to
 9  the boards for both of these corporations?
10  A      I don't know.
11  Q      Now, to your knowledge, are there board
12  of director meetings for Restonic Corporation
13  and for Restonic Mattress Corporation?
14  A      On occasion there are meetings.
15  Q      Sir, are you a board member for either of
16  those two corporations?
17  A      I'm a board member for Restonic Mattress
18  Corporation.
19  Q      And besides yourself and Mr. Comer, who
20  else is a board of director for Restonic
21  Mattress Corporation?
22  A      Daniel Cantor.  Lee Quinn.
23  Darryl Butler.
24  Q      Does either Mr. Cantor, Mr. Quinn or
```

Deposition of Stephen Russo                                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1  other board of directors meetings conducted by
 2  RMC either in person or by telephone?
 3  A     Yes.
 4  Q     Was that in person or by telephone?
 5  A     By telephone.
 6  Q     Do you know how many times -- let me get
 7  into that, sir.
 8        Do you know how many times a year
 9  the board of directors meet for both of those
10  companies?
11  A     There's not a set schedule.
12  Q     Within the year and a half or so that
13  you've been a president, has the board for
14  those two companies met on pretty much the same
15  type of schedule, same number of times per
16  year?  Or has that changed?
17  A     No.
18  Q     In the last year has it been more or less
19  than when you first joined?
20  A     Less.
21  Q     What is the reason, if any, that the
22  board of directors is meeting less now?
23  A     There's less need to meet.
24  Q     Why is there less need to meet?
```

Case 1:07-cv-06588   Document 56-4   Filed 08/25/2008   Page 13 of 18

Deposition of Stephen Russo                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1   Q      Was drew Robins at that meeting?
 2   A      I don't recall.
 3   Q      Do you recall if Richard Stevens was at
 4   that meeting?
 5   A      No, Richard was not at that meeting.
 6   Q      Was anyone on Mr. Stevens' behalf at that
 7   meeting?
 8   A      Akers.
 9   Q      Ken Akers.  I'm sorry.
10   A      Again, we need to be clear.  That's a
11   product marketing committee meeting.  So Ken
12   was a member of it.  He was there on Richard's
13   behalf.  Another fellow by the name of
14   Bob Quinn was also at that meeting.  He was on
15   the product marketing committee.
16   Q      Now, with respect to these product
17   marketing committees, do you have to be a
18   licensee or an employee of a licensee to attend
19   or to participate in these meetings?
20   A      To be a member.
21   Q      Who pays for the cost and expenses of the
22   participation for these meetings?
23   A      Restonic does.  And we reimburse the
24   travel expenses.
```

Case 1:07-cv-06588  Document 56-4  Filed 08/25/2008  Page 14 of 18

Deposition of Stephen Russo                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1  Q     Whose decision is it whether or not a
 2  licensee's employees will sit on one of these
 3  committees?  Ultimately, you as president may
 4  ask a licensee if, you know, one of his or her
 5  employees could sit on the meeting, but it's
 6  the licensee's ultimate decision to decide
 7  whether or not he's going to allow the employee
 8  to participate, correct?
 9  A     Of course.
10  Q     That individual who participates on
11  behalf of the licensee and those product
12  marketing committees are helping not only
13  Restonic, but they're helping their licensee
14  employees, correct?
15  A     The purpose is to help Restonic.
16  Q     Which, in turn, helps the licensees?
17  A     The whole group of licensees.
18  Q     Now, in addition to these various
19  meetings we've spoke about -- again, I'm not
20  going to go through the litany of what they
21  are -- have there been any other meetings that
22  you're aware of that have been held in Illinois
23  in which one or more licensees have
24  participated either directly or through one of
```

1  A    Yes.
2  Q    Now, sir, does any of the Restonic
3  licensees purchase anything directly from
4  Restonic Corporation or Restonic Mattress
5  Corporation?
6  A    Yes.
7  Q    What is the nature of the products that
8  are purchased or services that are purchased?
9  A    Well, the services are the marketing
10 services of brand management, which they pay a
11 licensing fee for.  The products are actually
12 marketing materials that Restonic develops.
13 Q    Those are purchased by the licensees from
14 Restonic here in Illinois?
15 A    Yes.
16 Q    In addition to marketing materials, do
17 the licensees purchase anything else directly
18 from Restonic?
19 A    Not that I'm aware of.
20 Q    How about whether or not Restonic
21 purchased anything from licensees?
22 A    The only thing that we may purchase from
23 a licensee that we can think of would be some
24 material we would need for our showroom in

Case 1:07-cv-06588    Document 56-4    Filed 08/25/2008    Page 16 of 18

Deposition of Stephen Russo                    Royal Sleep Products, Inc. vs. Restonic Corporation

1  MR. SALKOWSKI: Sir, I have no further
2  questions. For the purposes of the record, the
3  deposition was limited to issues surrounding
4  jurisdiction. And that I reserve the right to
5  call you on the substantive matters if need be.
6  MR. MENDELSOHN: Anybody else?
7  MR. LYMAN: I have a question.
8                    EXAMINATION
9  BY MR. LYMAN:
10 Q    Do you know that Sleep Alliance meeting
11 that I think you facilitated?
12 A    Yes.
13 Q    Was that in conjunction with some other
14 meetings that were taking place at the same
15 time like other Restonic meetings, if you know?
16 A    Well, that I recall now as we went
17 through this process, it was the afternoon of
18 and the morning after that this product
19 marketing committee meeting we were having here
20 in Chicago.
21 Q    So, in other words, there were Restonic
22 meetings that proceeded first?
23 A    Correct.
24 Q    I think you already told us that the

```
 1  reason all these people met for the Sleep
 2  Alliance is because it was a convenient
 3  location being in Chicago, correct?
 4  A       Correct.
 5  Q       So now it's even more convenient because
 6  everybody was already there because of
 7  Restonic -- a Restonic meeting that had taken
 8  place before the Sleep Alliance meeting,
 9  correct?
10  A       Not everybody.  But most of them,
11  correct.
12          MR. LYMAN:  That's all I have.
13                  EXAMINATION
14  BY MR. GAUSTAD:
15  Q       Mr. Russo, you had mentioned Ken Akers on
16  a number of occasions.  As I understand, it's
17  your understanding or you believe Mr. Akers is
18  an employee of the Stevens group, is that
19  right?  Do you know?
20  A       I believe he works for Stevens Mattress
21  Company.  One of the two, if not both.
22  Q       So when he was in attendance at these
23  meetings, was he there on behalf of the entity
24  or Mr. Stevens in an individual capacity?
```

```
 1              I further certify that I am not
 2     counsel for nor in any way related to any of
 3     the parties to this suit, nor am I in any way
 4     interested in the outcome thereof.
 5              I further certify that this
 6     certificate applies to the original signed IN
 7     BLUE and  certified transcripts only.  I
 8     assume no responsibility for the accuracy of
 9     any reproduced copies not made under my
10     control or direction.
11              IN TESTIMONY WHEREOF I have
12     hereunto set my hand and affixed my notorial
13     seal this 27th day of July, A.D., 2008.
14
15
16                         _____
17                           Laura Locascio, CSR, RPR
18     My Commission Expires
19     October 16, 2011
20
21
22
23
24
```