Case 1:07-cv-06588   Document 57-4   Filed 08/25/2008   Page 1 of 15

Deposition of Stephen Russo                                Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3
                                            ORIGINAL
 4
    ROYAL SLEEP              )
 5  PRODUCTS, INC., a        )
    Florida Corporation,     )
 6                           )
              Plaintiff,     )
 7                           )
          vs.                )  No. 07 C 6588
 8                           )
    RESTONE CORPORATION,     )
 9  an Illinois              )
    Corporation, et al.,     )
10                           )
              Defendants.    )
11

12

13       The deposition of STEPHEN RUSSO, called

14  by the Plaintiff for examination, pursuant to

15  notice and pursuant to the Federal Rules of

16  Civil Procedure for the United States

17  District Courts pertaining to the taking of

18  depositions, taken before Laura E. Locascio,

19  Certified Shorthand Reporter and Notary

20  Public in and for the County of Cook, State

21  of Illinois, at 330 North Wabash Avenue,

22  Chicago, Illinois commencing at 1:40 p.m. on

23  the 14th day of July, A.D., 2008.

24
```

EXHIBIT C

Case 1:07-cv-06588    Document 57-4    Filed 08/25/2008    Page 2 of 15

Deposition of Stephen Russo                                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1   APPEARANCES:
 2
 3       ZARCO EINHORN SALKOWSKI & BRITO
 4       BY:  MR. ROBERT F. SALKOWSKI
 5            Bank of America Tower
 6            100 SE 2nd Street
 7            27th Floor
 8            Miami, Florida  33131
 9            Phone:  305-374-5418
10                On behalf of the Plaintiff;
11
12       BURKE, WARREN, McKAY & SERRITELLA, PC
13       BY:  MR. FREDERIC A. MENDELSOHN
14            IBM Plaza
15            330 North Wabash Avenue
16            Suite 2200
17            Chicago, Illinois  60611
18            Phone:  312-840-7004
19                On behalf of the Defendants,
20                Restonic Corporation and
21                Restonic Mattress Corporation;
22
23
24
```

Case 1:07-cv-06588   Document 57-4   Filed 08/25/2008   Page 3 of 15

Deposition of Stephen Russo                                Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1   APPEARANCES:   (CONT'D)
 2
 3       SMITH AMUNDSEN, LLC
 4       BY:  MR. THOMAS J. LYMAN, III
 5            150 North Michigan Avenue
 6            Suite 3300
 7            Chicago, Illinois  60601
 8            Phone:  312-894-3241
 9                On behalf of the Defendants,
10                Sleep Alliance, LLC; Royal
11                Bedding Company of Buffalo,
12                Jackson Mattress Co, LLC; and
13                Tom Comer;
14
15       PEARSON CHRISTENSEN & CLAPP
16       BY:  MR. DANIEL L. GAUSTAD
17            645 Hill Avenue
18            Grafton, North Dakota  58237
19            Phone:  701-352-3262
20                Appearing telephonically on
21                behalf of the Defendants,
22                Stevens Mattress Manufacturing
23                Co. and Richards Stevens;
24
```

Case 1:07-cv-06588   Document 57-4   Filed 08/25/2008   Page 4 of 15

Deposition of Stephen Russo                                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1   APPEARANCES:    (CONT'D)
 2
 3
 4        FULBRIGHT & JAWORSKI, LLP
 5        BY:  MR. ANDREW FRIEDBERG
 6             1301 McKinney Street
 7             Houston, Texas   77010
 8             Phone:  713-651-5151
 9                  Appearing telephonically on
10                  behalf of the Defendants,
11                  Continental Silverline
12                  Products, L.P. and Drew Robins.
13
14
15             *    *    *    *    *    *
16
17
18
19
20
21
22
23
24
```

Case 1:07-cv-06588   Document 57-4   Filed 08/25/2008   Page 5 of 15

Deposition of Stephen Russo                              Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1                  I N D E X

 2   WITNESS                                    PAGE

 3   STEPHEN RUSSO

 4   MR. SALKOWSKI                                 6

 5   MR. LYMAN                                    65

 6   MR. GAUSTAD                                  66

 7

 8

 9

10              E X H I B I T S

11

12   DEPOSITION EXHIBIT                         PAGE

13

14        (No exhibits were marked.)

15

16

17

18

19

20

21

22

23

24
```

Case 1:07-cv-06588   Document 57-4   Filed 08/25/2008   Page 6 of 15

Deposition of Stephen Russo                                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1   would give the various licensees under the
 2   license agreements?
 3   A      As the president of Restonic?
 4   Q      Yes.
 5   A      No.
 6   Q      Have you done any type of -- have you
 7   performed any type of support on behalf of
 8   Sleep Alliance outside your role as president
 9   of Restonic?
10   A      I facilitated a meeting for Sleep
11   Alliance.
12   Q      What was the nature of that meeting, sir?
13   A      It was a business planning meeting they
14   had.
15   Q      Do you know when that was?
16   A      Not exactly.  It was last year.
17   Q      Do you recall if it was in October of
18   2007 at the Sofitel Hotel?
19   A      That sounds familiar.
20   Q      What was the reason why -- first of all,
21   who asked you to facilitate the meeting for
22   Sleep Alliance?
23   A      Mr. Comer did.
24   Q      This was at the Sofitel Hotel here in
```

Case 1:07-cv-06588   Document 57-4   Filed 08/25/2008   Page 7 of 15

Deposition of Stephen Russo                                      Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1  Chicago or the Chicago area?
 2  A      Correct.
 3  Q      Do you know why you were asked by
 4  Mr. Comer to facilitate this meeting?
 5  A      Because when I'm not working for
 6  companies, I have a managerial practice that
 7  facilitates meetings.
 8  Q      What's the name of that company, sir?
 9  A      It's called Apollo Solutions.
10  Q      When you say facilitate a meeting, could
11  you describe what that means?
12  A      That means I would work with the
13  principals of the meeting to put together an
14  agenda.  And then I would direct the meeting
15  process to ensure that they achieve their
16  agenda.
17  Q      Does Apollo Solutions have any equity
18  interest or any other type of ownership
19  interest in Sleep Alliance?
20  A      No.
21  Q      Did Sleep Alliance pay you or pay Apollo
22  Solutions for the facilitation of this meeting?
23  A      No.
24  Q      Does Apollo Solutions' customers
```

Deposition of Stephen Russo                                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1  typically pay Apollo Solutions for the
 2  facilitation of these meetings?
 3  A      If there are -- if they become ongoing
 4  engagements.
 5  Q      Is the work Apollo Solutions performs on
 6  behalf of its customers limited to facilitating
 7  meetings in the bedding industry, or is it any
 8  type of industry?
 9  A      Any type of industry.
10  Q      With respect to the meeting that occurred
11  in the Sofitel Hotel in Chicago last year, do
12  you recall who was in attendance at that
13  meeting?
14  A      I recall some of the participants, but I
15  may not recall all of the participants.
16  Q      Who do you recall?
17  A      Mr. Comer was present.  Ms. Laurie
18  Tokarz.  Mr. Robins was present.  A fellow by
19  the name of Ken Akers.  A fellow by the name of
20  Brent Ford.
21             And there were two representatives
22  of a firm that they were working with,
23  Mann Epperson.  But I don't recall their first
24  names, though.
```

Case 1:07-cv-06588    Document 57-4    Filed 08/25/2008    Page 9 of 15

Deposition of Stephen Russo                         Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1   Q      Was drew Robins at that meeting?
 2   A      I don't recall.
 3   Q      Do you recall if Richard Stevens was at
 4   that meeting?
 5   A      No, Richard was not at that meeting.
 6   Q      Was anyone on Mr. Stevens' behalf at that
 7   meeting?
 8   A      Akers.
 9   Q      Ken Akers.  I'm sorry.
10   A      Again, we need to be clear.  That's a
11   product marketing committee meeting.  So Ken
12   was a member of it.  He was there on Richard's
13   behalf.  Another fellow by the name of
14   Bob Quinn was also at that meeting.  He was on
15   the product marketing committee.
16   Q      Now, with respect to these product
17   marketing committees, do you have to be a
18   licensee or an employee of a licensee to attend
19   or to participate in these meetings?
20   A      To be a member.
21   Q      Who pays for the cost and expenses of the
22   participation for these meetings?
23   A      Restonic does.  And we reimburse the
24   travel expenses.
```

Case 1:07-cv-06588   Document 57-4   Filed 08/25/2008   Page 10 of 15

Deposition of Stephen Russo                           Royal Sleep Products, Inc. vs. Restonic Corporation

1   A     Yes.
2   Q     Now, sir, does any of the Restonic
3   licensees purchase anything directly from
4   Restonic Corporation or Restonic Mattress
5   Corporation?
6   A     Yes.
7   Q     What is the nature of the products that
8   are purchased or services that are purchased?
9   A     Well, the services are the marketing
10  services of brand management, which they pay a
11  licensing fee for.  The products are actually
12  marketing materials that Restonic develops.
13  Q     Those are purchased by the licensees from
14  Restonic here in Illinois?
15  A     Yes.
16  Q     In addition to marketing materials, do
17  the licensees purchase anything else directly
18  from Restonic?
19  A     Not that I'm aware of.
20  Q     How about whether or not Restonic
21  purchased anything from licensees?
22  A     The only thing that we may purchase from
23  a licensee that we can think of would be some
24  material we would need for our showroom in

Case 1:07-cv-06588   Document 57-4   Filed 08/25/2008   Page 11 of 15

Deposition of Stephen Russo                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1  Illinois?
 2  A    No.
 3  Q    How about Richard Stevens, same question?
 4  A    No.
 5  Q    How about for any other purpose besides
 6  fire retardant tests, has Restonic ever
 7  purchased any products from either of those
 8  three licensees for the purposes of use somehow
 9  in the State of Illinois?
10  A    State of Illinois, no.
11  Q    How about elsewhere?
12  A    Yes.
13  Q    In what context has Restonic purchased
14  products from either Mr. Comer's businesses,
15  Mr. Stevens; business or Mr. Robins' business?
16  A    Only Mr. Robins of the three.
17  Q    Tell me about the purchase Restonic
18  made --
19  A    It was for samples for the showroom in
20  Las Vegas.
21  Q    Were those products shipped directly to
22  Las Vegas, or were they shipped to Illinois
23  first?
24  A    Directly to Las Vegas.
```

Case 1:07-cv-06588   Document 57-4   Filed 08/25/2008   Page 12 of 15

Deposition of Stephen Russo                                Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1        MR. SALKOWSKI:  Sir, I have no further
 2   questions.  For the purposes of the record, the
 3   deposition was limited to issues surrounding
 4   jurisdiction.  And that I reserve the right to
 5   call you on the substantive matters if need be.
 6        MR. MENDELSOHN:  Anybody else?
 7        MR. LYMAN:  I have a question.
 8                    EXAMINATION
 9   BY MR. LYMAN:
10   Q    Do you know that Sleep Alliance meeting
11   that I think you facilitated?
12   A    Yes.
13   Q    Was that in conjunction with some other
14   meetings that were taking place at the same
15   time like other Restonic meetings, if you know?
16   A    Well, that I recall now as we went
17   through this process, it was the afternoon of
18   and the morning after that this product
19   marketing committee meeting we were having here
20   in Chicago.
21   Q    So, in other words, there were Restonic
22   meetings that proceeded first?
23   A    Correct.
24   Q    I think you already told us that the
```

Case 1:07-cv-06588   Document 57-4   Filed 08/25/2008   Page 13 of 15

Deposition of Stephen Russo                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1  reason all these people met for the Sleep
 2  Alliance is because it was a convenient
 3  location being in Chicago, correct?
 4  A     Correct.
 5  Q     So now it's even more convenient because
 6  everybody was already there because of
 7  Restonic -- a Restonic meeting that had taken
 8  place before the Sleep Alliance meeting,
 9  correct?
10  A     Not everybody.  But most of them,
11  correct.
12        MR. LYMAN:  That's all I have.
13                  EXAMINATION
14  BY MR. GAUSTAD:
15  Q     Mr. Russo, you had mentioned Ken Akers on
16  a number of occasions.  As I understand, it's
17  your understanding or you believe Mr. Akers is
18  an employee of the Stevens group, is that
19  right?  Do you know?
20  A     I believe he works for Stevens Mattress
21  Company.  One of the two, if not both.
22  Q     So when he was in attendance at these
23  meetings, was he there on behalf of the entity
24  or Mr. Stevens in an individual capacity?
```

Case 1:07-cv-06588   Document 57-4   Filed 08/25/2008   Page 14 of 15

Deposition of Stephen Russo                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1  STATE OF ILLINOIS    )
                         ) SS.
 2  COUNTY OF COOK       )

 3

 4              I, Laura E. Locascio, Certified
 5  Shorthand Reporter and Notary Public, in and
 6  for the County of Cook, State of Illinois, do
 7  hereby certify that previous to the
 8  commencement of the examination, said witness
 9  was duly sworn by me to testify the truth;
10  that the said deposition was taken at the
11  time and place aforesaid; that the
12  testimony given by said witness was reduced
13  to writing by means of shorthand and
14  thereafter transcribed into typewritten form;
15  and that the foregoing is a true, correct,
16  and complete transcript of my shorthand notes
17  so taken as aforesaid.
18              I further certify that there were
19   present at the taking of the said deposition
20  the persons and parties as indicated on the
21   appearance page made a part of this
22  deposition.
23
24
```

```
 1            I further certify that I am not
 2   counsel for nor in any way related to any of
 3   the parties to this suit, nor am I in any way
 4   interested in the outcome thereof.
 5            I further certify that this
 6   certificate applies to the original signed IN
 7   BLUE and certified transcripts only.  I
 8   assume no responsibility for the accuracy of
 9   any reproduced copies not made under my
10   control or direction.
11            IN TESTIMONY WHEREOF I have
12   hereunto set my hand and affixed my notorial
13   seal this 27th day of July, A.D., 2008.
14
15
16                    _____
17                    Laura Locascio, CSR, RPR
18   My Commission Expires
     October 16, 2011
19
20
21
22
23
24
```