## STOCKHOLDERS OF
## RESTONIC CORPORATION & RESTONIC MATTRESS CORPORATION

| Name and Address | Number of Shares | License |
|---|---|---|
| Tom Comer, Jr.<br>Royal Bedding Company<br>19 Doat Street<br>Buffalo, NY 14211 | 15 | Buffalo, NY |
| Donald Balsavich<br>Clare Bedding Mfg. Co.<br>433 Stephenson<br>Escanaba, MI 49829 | 15 | Escanaba, MI |
| Tom Comer, Jr.<br>Jackson Mattress Co. LLC<br>3100 Camden Road<br>Fayetteville, NC 28306 | 60 | Baltimore, MD<br>Fayetteville, NC<br>Jacksonville, FL<br>Tampa, FL |
| Richard Stevens<br>Stevens Mattress Mfg. Inc.<br>2011 Gateway Drive<br>Grand Forks, ND 5820. | 30 | Grand Forks, ND<br>Toledo, IA |
| Roland Elpers<br>Imperial Sleep Products, Inc.<br>Arlington Road & Highway 96<br>Haven, KS 67543 | 15 | Haven, KS |
| J. A. Robins<br>Continental Silverline Products<br>710 North Drennan Street<br>Houston, TX 77003 | 45 | Houston, TX<br>Fort Worth, TX<br>Denver, CO |
| Robert Parker<br>Johnson City Bedding Company<br>250 West Market Street<br>Johnson City, TN 37604 | 30 | Johnson City, TN<br>Memphis, TN |



EXHIBIT B

1

| Name and Address | Number of Shares | License |
|---|---|---|
| Gary Robinson<br>Royal Sleep Products<br>3520 N.W. 46th Street<br>Miami, FL 33142 | 15 | Miami, FL |
| John Quinn<br>Sleep Products, Inc.<br>901 Park Place<br>New Albany, IN 47150 | 60 | Atlanta, GA<br>Birmingham, AL<br>Chicago, IL<br>New Albany, IN |
| Jeffrey Karp<br>Sleeprite Industries, Inc.<br>1492 Rollins Road<br>Burlingame, CA 94010 | 30 | San Francisco, CA<br>Portland, OR |
| L. V. McKinney<br>McKinney Bedding Co.<br>718 West Chase Street<br>Springfield, MO 65803 | 15 | Springfield, MO |
| Steve Everton<br>Everton Mattress Factory, Inc.<br>326 Second Avenue, South<br>Twin Falls, ID 83301 | 15 | Twin Falls, ID |
| Total Shares Outstanding | 345 | |

2