Case 1:07-cv-06588   Document 58-4   Filed 08/25/2008   Page 1 of 12

Deposition of Stephen Russo                                Royal Sleep Products, Inc. vs. Restonic Corporation

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION


                                          ORIGINAL

ROYAL SLEEP              )
PRODUCTS, INC., a        )
Florida Corporation,     )
                         )
          Plaintiff,     )
                         )
    vs.                  )  No. 07 C 6588
                         )
RESTONE CORPORATION,     )
an Illinois              )
Corporation, et al.,     )
                         )
          Defendants.    )
```

    The deposition of STEPHEN RUSSO, called by the Plaintiff for examination, pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Laura E. Locascio, Certified Shorthand Reporter and Notary Public in and for the County of Cook, State of Illinois, at 330 North Wabash Avenue, Chicago, Illinois commencing at 1:40 p.m. on the 14th day of July, A.D., 2008.

EXHIBIT C

Case 1:07-cv-06588   Document 58-4   Filed 08/25/2008   Page 2 of 12

Deposition of Stephen Russo                                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1   APPEARANCES:

 2

 3       ZARCO EINHORN SALKOWSKI & BRITO

 4       BY:  MR. ROBERT F. SALKOWSKI

 5            Bank of America Tower

 6            100 SE 2nd Street

 7            27th Floor

 8            Miami, Florida  33131

 9            Phone:  305-374-5418

10                On behalf of the Plaintiff;

11

12       BURKE, WARREN, McKAY & SERRITELLA, PC

13       BY:  MR. FREDERIC A. MENDELSOHN

14            IBM Plaza

15            330 North Wabash Avenue

16            Suite 2200

17            Chicago, Illinois  60611

18            Phone:  312-840-7004

19                On behalf of the Defendants,

20                Restonic Corporation and

21                Restonic Mattress Corporation;

22

23

24
```

```
 1   APPEARANCES:   (CONT'D)
 2
 3      SMITH AMUNDSEN, LLC
 4      BY:  MR. THOMAS J. LYMAN, III
 5           150 North Michigan Avenue
 6           Suite 3300
 7           Chicago, Illinois  60601
 8           Phone:  312-894-3241
 9               On behalf of the Defendants,
10               Sleep Alliance, LLC; Royal
11               Bedding Company of Buffalo,
12               Jackson Mattress Co, LLC; and
13               Tom Comer;
14
15      PEARSON CHRISTENSEN & CLAPP
16      BY:  MR. DANIEL L. GAUSTAD
17           645 Hill Avenue
18           Grafton, North Dakota  58237
19           Phone:  701-352-3262
20               Appearing telephonically on
21               behalf of the Defendants,
22               Stevens Mattress Manufacturing
23               Co. and Richards Stevens;
24
```

```
 1  APPEARANCES:    (CONT'D)
 2
 3
 4       FULBRIGHT & JAWORSKI, LLP
 5       BY:  MR. ANDREW FRIEDBERG
 6            1301 McKinney Street
 7            Houston, Texas   77010
 8            Phone:  713-651-5151
 9                Appearing telephonically on
10                behalf of the Defendants,
11                Continental Silverline
12                Products, L.P. and Drew Robins.
13
14
15            *    *    *    *    *    *
16
17
18
19
20
21
22
23
24
```

Case 1:07-cv-06588   Document 58-4   Filed 08/25/2008   Page 5 of 12

Deposition of Stephen Russo                               Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1                    I N D E X
 2   WITNESS                                        PAGE
 3   STEPHEN RUSSO
 4   MR. SALKOWSKI                                    6
 5   MR. LYMAN                                       65
 6   MR. GAUSTAD                                     66
 7
 8
 9
10              E X H I B I T S
11
12   DEPOSITION EXHIBIT                             PAGE
13
14       (No exhibits were marked.)
15
16
17
18
19
20
21
22
23
24
```

Deposition of Stephen Russo                          Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1  been product marketing --
 2  A     There were two committees previously.
 3  Q     What was the other committee?
 4  A     There was a product committee and a
 5  marketing committee.
 6  Q     Streamlining our flow charts, right?
 7  A     Something like that.
 8  Q     Who were the members of the product
 9  marketing committee, to your knowledge?
10  A     There are -- you said in addition to
11  myself, there are -- again, this is current
12  membership -- there are six members.
13         David Walker, who is an employee of
14  the Restonic Oregon license.  Chris Sanders,
15  who's an employee of the Restonic Twin Falls
16  Idaho license.  Laurie Tokarz, who is an
17  employee of the Alliance Sleep Group.
18         Ken Akers, who's an employee of
19  Stevens group.  Bob Quinn, who's an employee of
20  the New Albany group.  And Brent Ford, who's an
21  employee of Houston.
22  Q     Now, how often does the product marketing
23  committee meet?
24  A     As needed.
```

Case 1:07-cv-06588   Document 58-4   Filed 08/25/2008   Page 7 of 12

Deposition of Stephen Russo                          Royal Sleep Products, Inc. vs. Restonic Corporation

1  membership -- changed since when you became
2  president up until today?
3  A     Yes.
4  Q     How has the make-up of those two
5  committees, now one, changed?
6  A     Two things happened.  One, there's a
7  fellow who was the sales and marketing VP for
8  Restonic Miami, who was on the -- I think he
9  was on the marketing committee, but he resigned
10 from that company.  So he is no longer an
11 employee.
12          And when we combined the two
13 committees together, there were then two people
14 from Restonic New Albany group.  So one of
15 those two came off.
16 Q     Other than the change in the Miami
17 licensee and the New Albany licensee, has
18 Ms. Tokarz, Mr. Akers and Brent Ford always
19 been on one or both of those committees?
20 A     At my request, yes.
21 Q     Have they always -- have they been --
22 strike that.
23          In the six or so meetings that have
24 taken place in the State of Illinois since you

Case 1:07-cv-06588    Document 58-4    Filed 08/25/2008    Page 8 of 12

Deposition of Stephen Russo                                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1  became president, has Mr. Akers, Ms. Tokarz and
 2  Mr. Ford always attended in person?
 3  A     Not always.
 4  Q     Have there been times when Ms. Tokarz has
 5  attended a product marketing committee
 6  personally in the State of Illinois?
 7  A     Yes.
 8  Q     Do you know how many times?
 9  A     I don't recall.
10  Q     Do you know if it was more than two?
11  A     I don't recall.  More than likely, yes.
12  Q     Ken Akers, do you recall whether or not
13  there was an instance when Mr. Akers personally
14  attended a product marketing committee in the
15  State of Illinois?
16  A     Yes.
17  Q     Do you know how many times?
18  A     Not exactly.
19  Q     And Brent Ford, are you aware of the
20  number of times when Mr. Ford had attended in
21  person a product marketing committee meeting in
22  the State of Illinois?
23  A     Not exactly.  But he has been here.
24  Q     Now, in addition to the various meetings
```

1  Q      How about Laurie Tokarz, do you know if
2  she attended that meeting on behalf of the
3  Sleep Alliance?
4  A      I believe Laurie did attend.
5  Q      Do you know if Mr. Comer -- Tom Comer --
6  A      He did not attend that meeting.
7  Q      How about Drew Robins?
8  A      No.  That was a meeting for the product
9  marketing committee.
10 Q      Do you recall a meeting that took place
11 in or about November -- I'm sorry.  Strike
12 that.
13         Do you recall a meeting that took
14 place in or about September of '07 at the
15 Continental President's Club at O'Hare to
16 discuss Restonic brand proposal?
17 A      Yes.
18 Q      What was the purpose, just generally, of
19 that meeting?
20 A      I called that meeting also.  The product
21 marketing committee was interviewing three
22 different companies in order to determine which
23 one we wanted to work with on our brand
24 positioning program.

Case 1:07-cv-06588   Document 58-4   Filed 08/25/2008   Page 10 of 12

Deposition of Stephen Russo                    Royal Sleep Products, Inc. vs. Restonic Corporation

1  Q      This was one of the continuations of that
2  meeting?  The meeting that was held in
3  September of '07 at the O'Hare airport
4  Continental President's Club, that was one of
5  those three meetings?
6  A      It was one meeting which all three
7  vendors came in sequence.  What we did is we
8  held the meeting at the airport in order to be
9  able to shuttle people in and out and have all
10 the meetings done in half a day.
11 Q      Do you know who participated in that
12 meeting on behalf of Restonic licensees?  And
13 I'll go through the names.  Do you know if
14 Brent Ford was at that meeting?
15 A      Yes, I believe Brent was at that meeting.
16 Q      How about Laurie Tokarz?
17 A      I don't remember if Laurie was at that
18 meeting or not.
19 Q      How about Ken Akers?
20 A      I think Ken was at the meeting.
21 Q      Did I say Brent Ford already?  Yeah, I
22 think I did.  That was the first one.  Was
23 Tom Comer in that meeting?
24 A      I believe Tom came to that meeting.

Case 1:07-cv-06588   Document 58-4   Filed 08/25/2008   Page 11 of 12

Deposition of Stephen Russo                                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1   Q      Was drew Robins at that meeting?
 2   A      I don't recall.
 3   Q      Do you recall if Richard Stevens was at
 4   that meeting?
 5   A      No, Richard was not at that meeting.
 6   Q      Was anyone on Mr. Stevens' behalf at that
 7   meeting?
 8   A      Akers.
 9   Q      Ken Akers.  I'm sorry.
10   A      Again, we need to be clear.  That's a
11   product marketing committee meeting.  So Ken
12   was a member of it.  He was there on Richard's
13   behalf.  Another fellow by the name of
14   Bob Quinn was also at that meeting.  He was on
15   the product marketing committee.
16   Q      Now, with respect to these product
17   marketing committees, do you have to be a
18   licensee or an employee of a licensee to attend
19   or to participate in these meetings?
20   A      To be a member.
21   Q      Who pays for the cost and expenses of the
22   participation for these meetings?
23   A      Restonic does.  And we reimburse the
24   travel expenses.
```

```
 1              I further certify that I am not
 2    counsel for nor in any way related to any of
 3    the parties to this suit, nor am I in any way
 4    interested in the outcome thereof.
 5              I further certify that this
 6    certificate applies to the original signed IN
 7    BLUE and  certified transcripts only.  I
 8    assume no responsibility for the accuracy of
 9    any reproduced copies not made under my
10    control or direction.
11              IN TESTIMONY WHEREOF I have
12    hereunto set my hand and affixed my notorial
13    seal this 27th day of July, A.D., 2008.
14
15
16                         Laura Locascio, CSR, RPR
17
18    My Commission Expires
      October 16, 2011
19
20
21
22
23
24
```