UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ROYAL SLEEP PRODUCTS, INC.,

        Plaintiff,

v.

RESTONIC CORPORATION, *et al.*,

        Defendants.

_____/

Case No.: 1:07 CV 6588

Judge: Pallmeyer

Magistrate Jugde: Valdez

**PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD IN SUPPORT
OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS
CONTINENTAL SILVERLINE PRODUCTS L.P.
AND DREW ROBINS' MOTION TO DISMISS**

Plaintiff, Royal Sleep Products, Inc., by and through undersigned counsel, hereby files its Motion to Supplement the Record in Support of Plaintiff's Response in Opposition to Defendants Continental Silverline Products L.P. ("Continental") and Drew Robins' Motion to Dismiss. In support thereof, Plaintiff states as follows:

1. On August 25, 2008 Plaintiff filed its Response in Opposition to Defendants Continental Silverline Products L.P. and Drew Robins' Motion to Dismiss [Doc. No. 57] ("Response").

2. Inadvertently, Plaintiff left out a short set of facts from its Statement of Facts Applicable to Jurisdiction in its Response. To wit:

    a. Continental employed an Illinois resident and then-employee of Restonic Mattress Corporation by the name of Deb Gory to assist with the installation of a computer software program for the operation of Continental's business. (May 29, 2008 Deposition of Drew Robins ("Depo. Robins"), 12:17-25; 13; 14:1-1, a true and correct copy of the relevant

portions of which is attached hereto as **Exhibit "A."** July 2, 2008 Deposition of Brent Ford ("Depo. Ford"), 34:11-20, a true and correct copy of the relevant portions of which is attached hereto as **Exhibit "B"**).

       b.      Continental paid Ms. Gory for her work as an employee of Continental. (Depo. Robins, 13:17-25; 14:1).

       c.      Ms. Gory performed services for Continental in Illinois. (Depo. Ford, 34:11-20).

       d.      Ms. Gory stopped working for Continental approximately seven (7) months prior to the July 2, 2008 deposition of Brent Ford. (Depo. Ford, 40:2-4).

       3.      Such facts, together with those set forth in Plaintiff's Response, evidence the sufficiency of Continental's contacts with Illinois and support this Court's exercise of jurisdiction over Defendants.

WHEREFORE, Plaintiff respectfully request that this Honorable Court enter an Order: (i) granting Plaintiff's instant Motion to Supplement the Record with the facts set forth above; and (ii) granting such other and further relief as this Honorable Court deems just and proper.

Dated: September 4, 2008.

Respectfully submitted,

**ZARCO EINHORN SALKOWSKI & BRITO, P.A.**

/s/ Robert F. Salkowski
Robert Zarco, Esq.
Florida Bar No. 502138
Robert F. Salkowski, Esq.
Florida Bar No. 903124
Melissa L. Bernheim, Esq.
Florida Bar No. 0623069
Zarco Einhorn Salkowski & Brito, P.A.
Bank of America Tower
100 Southeast 2nd Street, Suite 2700
Miami, Florida 33131
Telephone: (305) 374-5418

Telecopier: (305) 374-5428
*(Admitted Pro Hac Vice)*

-AND-

Brian Ira Tanenbaum, Esq.
ARDC No. 6181447
John Benson, Jr., Esq.
ARDC No. 6289042
**LAW OFFICES OF BRIAN IRA TANENBAUM, LTD.**
2970 Maria Avenue, Suite 207
Northbrook, Ill. 60062
Telephone: (847) 562-1636
Telecopier: (847) 562-1637

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 4, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Brian Ira Tanenbaum

## SERVICE LIST

Royal Sleep Products, Inc. v. Restonic, et al.
Case No.: 1:07-cv- 06588
United States District Court, Northern District of Illinois

| | |
|---|---|
| Frederic A. Mendelson, Esq.<br>Burke, Warren, MacKay & Serritella, PC<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, IL 60611<br>***Counsel for Restonic Corporation and Restonic Mattress Corporation*** | Glenn E. Amundsen, Esq.<br>Thomas J. Lyman, III, Esq.<br>Smith & Amundsen, L.L.C.<br>150 North Michigan Avenue, Suite 3300<br>Chicago, IL 60601<br>***Counsel for Continental Silverline Products, L.P., Jackson Mattress Co. LLC, Royal Bedding Company of Buffalo Sleep Alliance, LLC, Drew Robins and Tom Comer, Jr.*** |
| Thomas R. Hill, Esq.<br>Michelle Fisher, Esq.<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br><br>Daniel L. Gaustad, Esq.<br>Pearson Christenson & Clapp, PLLP<br>735 Hill Avenue<br>P.O. Box 352<br>Grafton, ND 58237<br>***Counsel for Stevens Mattress Manufacturing Co. and Richard Stevens*** | Andrew Friedberg, Esq.<br>William P. Maines, Esq.<br>Fullbright & Jaworski, LLP<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010<br>***Counsel for Continental Silverline Products L.P. and Drew Robins*** |