Deposition of Drew Robins                                              Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2
     ROYAL SLEEP PRODUCTS, INC.
 3   a Florida Corporation,            Case No:   1:07 CV 6588

 4        Plaintiff.

 5   V.

 6   RESTONIC CORPORATION,
     an Illinois Corporation,
 7   RESTONIC MATTRESS CORPORATION,
     an Illinois Corporation,
 8   SLEEP ALLIANCE, LLC,
     a Delaware Limited Liability Company,
 9   ROYAL BEDDING COMPANY OF BUFFALO,
     a New York Corporation,
10   JACKSON MATTRESS CO., LLC,
     a North Carolina Limited Liability Company,
11   CONTINENTAL SILVERLINE PRODUCTS, L.P,
     a Texas Limited Partnership,
12   STEVENS MATTRESS MANUFACTURING CO.,
     a North Dakota Corporation,
13   TOM COMER, JR., an individual,
     DREW ROBINS, an individual, and
14   RICHARD STEVENS, an Individual,

15        Defendants.

16

17   *************************************************

18                    ORAL DEPOSITION OF

19                        DREW ROBINS

20                       MAY 29, 2008

21   *************************************************

22

23

24

25
```

**CERTIFIED COPY**

EXHIBIT "A"

Case 1:07-cv-06588   Document 59-2   Filed 09/04/2008   Page 2 of 4

Deposition of Drew Robins                              Royal Sleep Products, Inc. vs. Restonic Corporation

1    line, including your attorney, when I refer,
2    Mr. Robins, to yourself, when I say "you" or -- I'm
3    referring to both you and to Continental Silverline.
4    If you need to make a distinction between you or
5    Continental Silverline, I'd appreciates that as well.
6    Okay?
7         A.   Yes.
8         Q.   Mr. Robins, have you ever maintained a bank
9    account in the state of Illinois?
10        A.   No.
11        Q.   And, sir, have you ever maintained an office
12   in the state of Illinois for your mattress business?
13        A.   No.
14        Q.   Have you ever employed any individual who was
15   a resident of the State of Illinois?
16        A.   No.
17        Q.   All right, sir.  Are you familiar with an
18   individual by the name of Debbie Gory?
19        A.   Yes.
20        Q.   And who is Ms. Gory?
21        A.   She was a -- previously a employee of
22   Restonic Mattress Corporation and...
23        Q.   Go ahead.  I'm sorry.
24        A.   She was previously an employee of Restonic
25   Mattress Corporation.

Deposition of Drew Robins                                Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1      Q.   Okay.  Was Ms. Gory ever employed by
 2   Continental Silverline or yourself in any capacity?
 3      A.   We had Ms. Gory, the best of my recollection,
 4   as a contract employee to help with an installation of
 5   a computer software program.
 6      Q.   And, sir, do you know how long Ms. Gory acted
 7   as this contract employee?
 8      A.   About a year.
 9      Q.   All right.  And do you know what period of
10   time that was, meaning when?  Was it recently?  Was it
11   five years ago?
12      A.   It was from about two years -- about a year
13   and a half ago to about six months ago.
14      Q.   All right.  And did she resign or her task
15   was simply completed?
16      A.   Her task was completed.
17      Q.   And do you recall how Ms. Gory was paid?  Was
18   she paid as an independent contractor, given a 1099;
19   or was she paid as an employee and issued a W-2?
20      A.   I believe she was paid with a 1099, but I'm
21   not entirely certain.
22      Q.   Okay.  And irrespective of how she was paid,
23   be it a W-2 or a 1099, it's your understanding that
24   Continental Silverline, the defendant in this case,
25   paid her for her contract work; is that right?
```

Deposition of Drew Robins                              Royal Sleep Products, Inc. vs. Restonic Corporation

```
 1        A.    Yes.
 2        Q.    And do you know where Ms. Gory lives, what
 3  her resident state is?
 4        A.    I believe it's Illinois.
 5        Q.    Other than Ms. Gory, are you aware of any
 6  other employee or independent contractor that you or
 7  Continental Silverline employ, for whatever purpose,
 8  who lives in the state of Illinois?
 9        A.    No.
10        Q.    Hold on one second.  I just need to get some
11  exhibits.
12              MR. SALKOWSKI:  I'm going to be
13  introducing Exhibits Nos. 3, 4, 7, 8, 9 and 28.  If
14  either the court reporter or Mr. Friedberg could
15  provide those exhibits to Mr. Robins, I'd appreciates
16  it.
17              MR. FRIEDBERG:  And, actually, Robert,
18  if you would do us a favor, since we only have the one
19  copy that we received, really just moments before the
20  deposition, if you could also refer by the opening
21  Bates label for each of those.
22              MR. SALKOWSKI:  Sure.  I'll do that.
23              MR. FRIEDBERG:  You know, when you refer
24  to them.  That way, I can flip to my copy, please.
25              MR. SALKOWSKI:  That's fine.
```