```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2

 3   ROYAL SLEEP PRODUCTS, INC.    )
     a Florida Corporation,        )
 4                                 )
              Plaintiff,           )
 5                                 )
     vs.                           )   Case No. 1:07 CV 6588
 6                                 )
     RESTONIC CORPORATION, an      )
 7   Illinois Corporation,         )
     RESTONIC MATTRESS CORPORATION )
 8   an Illinois Corporation,      )
     SLEEP ALLIANCE, LLC, a        )
 9   Delaware Limited Liability    )
     Company, ROYAL BEDDING        )
10   COMPANY OF BUFFALO, a New     )
     York Corporation, JACKSON     )
11   MATTRESS CO., LLC, a North    )
     Carolina Limited Liability    )
12   Company, CONTINENTAL          )
     SILVERLINE PRODUCTS, L.P., a  )
13   Texas Limited Partnership,    )
     STEVENS MATTRESS MANUFACTUR-  )
14   ING CO., a North Dakota       )
     Corporation, TOM COMER, JR.,  )
15   an individual, DREW ROBINS,   )
     an individual, and RICHARD    )
16   STEVENS, an individual,       )
                                   )
17            Defendants.          )

18

19   *********************************************
             ORAL TELEPHONIC DEPOSITION OF
20                    BRENT FORD
                    JULY 2, 2008
21   *********************************************

22

23            THE ORAL DEPOSITION OF BRENT FORD, produced

24   as a witness at the instance of the Plaintiff, and duly

25   sworn, was taken in the above-styled and -numbered cause
```

**Deposition of Brent Ford**                                    Royal Sleep Products, Inc. vs. Restonic Corporation

```
11   :21   1    other reasons why you would travel to Illinois on behalf
11   :21   2    of Continental Silverline?
11   :21   3         A.   Except for that one time I told you, you
11   :21   4    know, six or seven years ago, sir, for a seminar, that
11   :22   5    would be one occasion.  The only other occasion would be
11   :22   6    -- would be for pleasure, which is what you've not
11   :22   7    listed.
11   :22   8         Q.   Okay.  And to your knowledge, does
11   :22   9    Continental Silverline have any offices in Illinois?
11   :22  10         A.   No, sir.
11   :22  11         Q.   Do you know if they have any employees in
11   :22  12    Illinois?
11   :22  13         A.   We had one employee, Deb Gory, that did
11   :22  14    contract stuff for us when we were installing a new
11   :22  15    computer system about a year ago; that worked for us
11   :22  16    for, I want to say, nine or ten months.  I'm not sure if
11   :22  17    she was considered an employee or not, sir.  I know she
11   :22  18    -- she was living there or was going to move there or
11   :22  19    something.  I wasn't sure of her arrangements, but I
11   :22  20    knew she was from Illinois.
11   :22  21         Q.   Now, sir -- Mister -- Mr. Ford, how did you
11   :22  22    prepare for today's deposition?
11   :23  23         A.   I'm sure -- I'm not sure what your question
11   :23  24    is, sir.
11   :23  25         Q.   Did you review any deposition transcripts?
```

Case 1:07-cv-06588   Document 59-3   Filed 09/04/2008   Page 3 of 3

Deposition of Brent Ford                                      Royal Sleep Products, Inc. vs. Restonic Corporation

```
11  :29  1        A.   She no longer works for us.
11  :29  2        Q.   Do you know when she stopped working for
11  :29  3   Continental Silverline?
11  :29  4        A.   About seven months ago.
11  :29  5        Q.   Okay.  Thanks.  I've got no more questions.
        6                       EXAMINATION
        7   BY MR. SALKOWSKI:
11  :29  8        Q.   Mr. Ford, just one brief question.  What was
11  :29  9   Ms. Gory's role?  What type of work did she do on behalf
11  :29 10   of Continental Silverline?
11  :29 11        A.   She helped us implement a new computer
11  :29 12   system.
11  :29 13        Q.   And was that just for Continental
11  :29 14   Silverline, or was it for other licensees for Restonic?
11  :29 15        A.   No.  It was just for us, sir.
11  :30 16        Q.   All right, sir.  Thank you very much.
11  :30 17        A.   Yes, sir.
        18             (Deposition concluded at 3:30 p.m.)
        19             MR. FRIEDBERG:  Before we all hang up, I
        20   just want to make sure, do we need to advise Gwen of our
        21   orders for transcripts and such, or...?
        22             MR. SALKOWSKI:  Yeah.  And, Gwen, this is
        23   Robert Salkowski.  We're going to need the transcript
        24   and a mini.
        25             THE COURT REPORTER:  Okay.
```