UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ROYAL SLEEP PRODUCTS, INC.,

    Plaintiff,

v.

RESTONIC CORPORATION, *et al.*,

    Defendants.
_____/

Case No.: 1:07 CV 6588

Hon. Rebecca R. Pallmeyer

Magistrate Judge Valdez

## NOTICE OF MOTION

To:  See Attached Service List

PLEASE TAKE NOTICE THAT on Thursday, September 11, 2008 at 8:45 a.m., we shall appear before the Honorable Judge Rebecca R. Pallmeyer in Room 2119, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court for the Northern District of Illinois, Eastern Division, the attached **Motion to Supplement the Record in Support of Plaintiff's Response in Opposition to Defendants Continental Silverline Products L.P. and Drew Robins' Motion to Dismiss**, a copy of which is served upon you.

Dated: September 4, 2008.

Respectfully submitted,

ZARCO EINHORN SALKOWSKI & BRITO, P.A.

/s/ Robert F. Salkowski
Robert Zarco, Esq.
Florida Bar No. 502138
Robert F. Salkowski, Esq.
Florida Bar No. 903124
Melissa L. Bernheim, Esq.
Florida Bar No. 0623069
Zarco Einhorn Salkowski & Brito, P.A.
Bank of America Tower
100 Southeast 2nd Street, Suite 2700
Miami, Florida 33131
Telephone: (305) 374-5418
Telecopier: (305) 374-5428
*(Admitted Pro Hac Vice)*

-AND-

1

> Brian Ira Tanenbaum, Esq.
> ARDC No. 6181447
> John Benson, Jr., Esq.
> ARDC No. 6289042
> **LAW OFFICES OF BRIAN IRA TANENBAUM, LTD.**
> 2970 Maria Avenue, Suite 207
> Northbrook, Ill. 60062
> Telephone: (847) 562-1636
> Telecopier: (847) 562-1637
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 4, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

> s/ Brian Ira Tanenbaum

## SERVICE LIST

### Royal Sleep Products, Inc. v. Restonic, et al.
### Case No.: 1:07-cv- 06588
### United States District Court, Northern District of Illinois

| | |
|---|---|
| Frederic A. Mendelson, Esq.<br>Burke, Warren, MacKay & Serritella, PC<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, IL 60611<br>**Counsel for Restonic Corporation and Restonic Mattress Corporation** | Glenn E. Amundsen, Esq.<br>Thomas J. Lyman, III, Esq.<br>Smith & Amundsen, L.L.C.<br>150 North Michigan Avenue, Suite 3300<br>Chicago, IL 60601<br>**Counsel for Continental Silverline Products, L.P., Jackson Mattress Co. LLC, Royal Bedding Company of Buffalo Sleep Alliance, LLC, Drew Robins and Tom Comer, Jr.** |
| Thomas R. Hill, Esq.<br>Michelle Fisher, Esq.<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br><br>Daniel L. Gaustad, Esq.<br>Pearson Christenson & Clapp, PLLP<br>735 Hill Avenue<br>P.O. Box 352<br>Grafton, ND 58237<br>**Counsel for Stevens Mattress Manufacturing Co. and Richard Stevens** | Andrew Friedberg, Esq.<br>William P. Maines, Esq.<br>Fullbright & Jaworski, LLP<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010<br>**Counsel for Continental Silverline Products L.P. and Drew Robins** |