# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6588 | **DATE** | 9/5/2008 |
| **CASE TITLE** | Royal Sleep Products, Inc vs. Restonic Corporation, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to supplement the record in support of Plaintiff's response in opposition to Defendants Continental Silverline Products L.P. and Drew Robins' motion to dismiss [59] granted. Defendants are granted leave to file their reply within seven (7) days.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|